B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Ridenhour Concrete & Supply, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>None | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):  EIN: 59-3127581 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State)<br>1133 Baisden Rd.<br>Jacksonville, FL          ZIPCODE  32218 | Street Address of Joint Debtor (No. and Street, City, and State           ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Duval | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):           ZIPCODE | Mailing Address of Joint Debtor (if different from street address):           ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):           ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only)  Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [ ] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

- - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Ridenhour Concrete & Supply, Inc. |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:    NONE | Case Number: | Date Filed: |
| Location<br>Where Filed:    N.A. | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:    NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)       Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☑   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
**(Check any applicable box)**

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
**(Check all applicable boxes)**

☐   Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Ridenhour Concrete & Supply, Inc. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
   Telephone Number (If not represented by attorney)

_____
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐    I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐    Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X   /s/ Robert Altman
   Signature of Attorney for Debtor(s)

ROBERT ALTMAN 0346861
   Printed Name of Attorney for Debtor(s)

Robert Altman, P.A.
   Firm Name

5256 Silver Lake Drive
   Address

Palatka, FL 32177

386-325-4691    robertaltman@bellsouth.net
   Telephone Number           e-mail

November 4, 2011
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Ricky J. Ridenhour
   Signature of Authorized Individual

RICKY J. RIDENHOUR
   Printed Name of Authorized Individual

President
   Title of Authorized Individual

November 4, 2011
   Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

# FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

**B6A (Official Form 6A) (12/07)**

**In re** Ridenhour Concrete & Supply, Inc.
　　　　　　　**Debtor**

**Case No.** _____
　　　　　　　　　　**(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

In re   Ridenhour Concrete & Supply, Inc.                                          Case No. _____
                     **Debtor**                                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo payroll account #9431<br>Wells Fargo auxiliary account #0567<br>Fifth Third Bank checking account #0276<br>Wells Fargo Operating account #4165 | | Unknown<br>3,302.20<br>9,997.76<br>298,015.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

In re   Ridenhour Concrete & Supply, Inc. _____    Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | | Accounts receivable on attached list for completed projects | | 1,639,218.82 |
| | | Accounts receivable for uncompleted projects (see attached) | | 3,261,594.48 |
| | | Accounts receivable for loans to employees (see attached) | | 10,208.86 |
| 17.  Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds.  Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims.  Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 2011 Dodge 3500 truck #7988<br>1133 Baisden Rd.<br>Jacksonville, FL 32218 | | 49,344.58 |
| | | 2008 Lincoln Navigator | | 44,884.79 |

# Accounts Receivable for Completed Projects

| Contract Name & Number | General Contractor Name & Address | Work Completed Start & End Dates | Amount Due |
|---|---|---|---|
| Stone Gate at Spring Lake Apartments - Contract # SG-C-0734 | Ambling Construction Company - 348 Enterprise Drive, Valdosta, GA 31601 | 01/21/11 - 02/20/11 | $18,028.04 |
| Stone Gate at Spring Lake Apartments - Contract # SG-C-0734 | Ambling Construction Company - 348 Enterprise Drive, Valdosta, GA 31601 | Total amount of retainage withheld for the entire project. Project has been completed since Feb. 2011 | $98,759.67 |
| Rosewood Apartments | Bacar Construction - 912 8th Avenue South, Nashville, TN 37203 | Total amount of retainage withheld for the entire project. Project has been completed since May 2011 | $22,187.30 |
| Campus Circle - Contract # 137-002 | Bainbridge Construction LLC - 12765 West Forest Hill Blvd., Suite 1307, Wellington, FL 33414 | Total amount of retainage withheld for the entire project. Project has been completed since September 2011 | $30,519.80 |
| Fort Jackson Family Housing - Contract # 10206000-005 | Balfour Beatty Construction, LLC - 600 Galleria Pkwy Suite 1800, Atlanta, GA 30339 | Total amount of retainage withheld for the entire project. Project has been completed since August 2011 | $527,886.50 |
| Fort Eustis Executive Homes - Contract # 110180010-006 | Balfour Beatty Construction, LLC - 600 Galleria Pkwy Suite 1800, Atlanta, GA 30339 | Total amount of retainage withheld for the entire project. Project has been completed since February 2011 | $13,100.00 |

| Project - Contract | Contractor | Description | Amount |
|---|---|---|---|
| Fort Eustis Maintenance Facility - Contract # 11019010-009 | Balfour Beatty Construction, LLC - 600 Galleria Pkwy Suite 1800, Atlanta, GA 30339 | Total amount of retainage withheld for the entire project. Project has been completed since July 2011 | $7,390.09 |
| Fort Stewart - Hunter AAF - Contract # 101870050-005 | Balfour Beatty Construction, LLC - 600 Galleria Pkwy Suite 1800, Atlanta, GA 30339 | Total amount of retainage withheld for the entire project. Project has been completed since August 2011 | $72,401.20 |
| Fort Stewart - Hunter AAF - New Marne - Contract # 10187041-018 | Balfour Beatty Construction, LLC - 600 Galleria Pkwy Suite 1800, Atlanta, GA 30339 | Total amount of retainage withheld for the entire project. Project has been completed since February 2011 | $20,010.00 |
| NS Mayport - East Bennett Shores - Phase 3 - Contract # 910-04106 | Balfour Beatty Construction, LLC - 600 Galleria Pkwy Suite 1800, Atlanta, GA 30339 | Total amount of retainage withheld for the entire project. Project has been completed since August 2011 | $64,946.90 |
| NAS JAX - Patriot's Point - Phase 3 - Contract # 910-03106 | Balfour Beatty Construction, LLC - 600 Galleria Pkwy Suite 1800, Atlanta, GA 30339 | Total amount of retainage withheld for the entire project. Project has been completed since September 2011 | $68,250.00 |
| NWS Charleston - Eastside - Phase 2 - Contract # 910-01206 | Balfour Beatty Construction, LLC - 600 Galleria Pkwy Suite 1800, Atlanta, GA 30339 | Total amount of retainage withheld for the entire project. Project has been completed since July 2011 | $69,760.00 |

| Project | Company | Description / Dates | Amount |
|---|---|---|---|
| Camden Montague | Camden Development - 3 Greenway Plaza, Suite 1300, Houston, TX 77046 | 08/16/11 - 09/15/11 | $49,536.00 |
| Camden Montague | Camden Development - 3 Greenway Plaza, Suite 1300, Houston, TX 77046 | 09/16/11 - 10/15/11 | $7,534.39 |
| Camden Montague | Camden Development - 3 Greenway Plaza, Suite 1300, Houston, TX 77046 | Total amount of retainage withheld for the entire project. Project has been completed since October 2011 | $42,531.61 |
| Camden Lake Nona | Camden Development - 3 Greenway Plaza, Suite 1300, Houston, TX 77046 | Total amount of retainage withheld for the entire project. Project has been completed since September 2011 | $79,483.04 |
| The Grove at Valdosta | Campus Crest Construction - 2100 Rexford Road, Suite 414, Charlotte, NC 28211 | Total amount of retainage withheld for the entire project. Project has been completed since July 2011 | $16,500.00 |
| Coastal Gateway Clinic - Phase 2 - Contract # 1019-14252 | Catamount Constructors, Inc. - 10 Mansell Ct. East, Suite 150, Roswell, GA 30076 | Total amount of retainage withheld for the entire project. Project has been completed since September 2010 | $11,380.00 |

| Project / Contract | Contractor | Description | Amount |
|---|---|---|---|
| Coastal Gateway - Phase 3 | Catamount Constructors, Inc. - 10 Mansell Ct. East, Suite 150, Roswell, GA 30076 | 03/26/11 - 04/25/11 | $1,080.00 |
| Coastal Gateway - Phase 3 | Catamount Constructors, Inc. - 10 Mansell Ct. East, Suite 150, Roswell, GA 30076 | Total amount of retainage withheld for the entire project. Project has been completed since April 2011 | $6,991.20 |
| Centennial Village Apartments - Contract # 776.05 | Construction Enterprises, Inc. - 325 Seaboard Lane, Suite 170, Franklin, TN 37067 | Total amount of retainage withheld for the entire project. Project has been completed since February 2011 | $28,842.95 |
| Hallmark at Talladega - Contract # 10087AL-6 | FaverGray - 3652 South Third Street, Suite 200, Jacksonville Beach, FL 32250 | Total amount of retainage withheld for the entire project. Project has been completed since September 2011 | $16,391.30 |
| Level Line Apartments - Contract # 10081-02 | FaverGray - 3652 South Third Street, Suite 200, Jacksonville Beach, FL 32250 | Total amount of retainage withheld for the entire project. Project has been completed since August 2010 | $12,600.74 |
| Spring Creek Apartments - Contract # 09074FL | FaverGray - 3652 South Third Street, Suite 200, Jacksonville Beach, FL 32250 | Total amount of retainage withheld for the entire project. Project has been completed since April 2011 | $34,795.96 |

| | | | |
|---|---|---|---|
| Bellaire Place Apartments - Phase 2 - Contract #2235/3-100 | First Florida - 1533 Sunset Drive, Suite 150, Miami, FL 33143 | Total amount of retainage withheld for the entire project. Project has been completed since September 2011 | $27,441.00 |
| Bennett Creek Apartments - Contract # 2198/3-550 | First Florida - 1533 Sunset Drive, Suite 150, Miami, FL 33143 | 09/26/11 - 10/25/11 | $19,732.50 |
| Bennett Creek Apartments - Contract # 2198/3-550 | First Florida - 1533 Sunset Drive, Suite 150, Miami, FL 33143 | Total amount of retainage withheld for the entire project. Project has been completed since October 2011 | $16,444.50 |
| Bennett Creek Apartments - Contract # 2198/3-200 | First Florida - 1533 Sunset Drive, Suite 150, Miami, FL 33143 | 09/26/11 - 10/25/11 | $22,277.59 |
| Bennett Creek Apartments - Contract # 2198/3-200 | First Florida - 1533 Sunset Drive, Suite 150, Miami, FL 33143 | Total amount of retainage withheld for the entire project. Project has been completed since October 2011 | $50,559.87 |
| Swift Creek - Contract # 03-001 | McShane Construction Company, LLC - 1943 South College Street, Suite A, Auburn, AL 36832 | 08/26/11 - 09/25/11 | $6,246.00 |

| Project | Company / Address | Date / Description | Amount |
|---|---|---|---|
| Swift Creek - Contract # 03-001 | McShane Construction Company, LLC - 1943 South College Street, Suite A, Auburn, AL 36832 | Total amount of retainage withheld for the entire project. Project has been completed since October 2011 | $39,938.23 |
| Marcis Pointe Senior Living Apartments | Roger B. Kennedy, Inc. - 1105 Kensington Park Drive, Altamonte Springs, FL 32714 | 09/21/11 - 10/20/11 | $990.00 |
| Marcis Pointe Senior Living Apartments | Roger B. Kennedy, Inc. - 1105 Kensington Park Drive, Altamonte Springs, FL 32714 | Total amount of retainage withheld for the entire project. Project has been completed since October 2011 | $27,994.00 |
| Springs at Heritage Lakes - Phase 2 - Contract # 11-003 | Summit Contracting Group, Inc. - 6877 Phillips Industrial Blvd, Jacksonville, FL 32256 | Total amount of retainage withheld for the entire project. Project has been completed since September 2011 | $17,729.90 |
| The Cove at Creekwood Park - Contract # 087-35240 | TDK Construction Company, Inc. - 1610 South Church Street, Suite C, Murfreesboro, TN 37130 | 09/16/11 - 10/15/11 | $2,379.15 |
| The Cove at Creekwood Park - Contract # 087-35240 | TDK Construction Company, Inc. - 1610 South Church Street, Suite C, Murfreesboro, TN 37130 | Total amount of retainage withheld for the entire project. Project has been completed since October 2011 | $47,626.09 |

| | | |
|---|---|---|
| Retreat at Spring Creek - Contract # 087-35234 | TDK Construction Company, Inc. - 1610 South Church Street, Suite C, Murfreesboro, TN 37130 | Total amount of retainage withheld for the entire project. Project has been completed since March 2011 | $873.00 |
| Journet Place Senior Apartments | Wolgast Corporation - 4835 Towne Centre Road, Suite 203, Saginaw, MI 48604 | Total amount of retainage withheld for the entire project. Project has been completed since August 2011 | $38,140.30 |
| TOTAL: | | | $1,639,218.82 |

# Accounts Receivable for Uncompleted Projects

| Contract Name & Number | General Contractor Name & Address | Work Completed Start & End Dates | Amount Due |
|---|---|---|---|
| Ft. Stewart - South Hunter AAF - Contract # 10187061-008 | Balfour Beatty Construction, LLC - 600 Galleria Pkwy Suite 1800, Atlanta, GA 30339 | 09/21/2011 - 10/20/2011 | $207,778.50 |
| Ft. Stewart - South Hunter AAF - Contract # 10187061-008 | Balfour Beatty Construction, LLC - 600 Galleria Pkwy Suite 1800, Atlanta, GA 30339 | Total amount of retainage withheld on work completed to date | $32,826.50 |
| Camden Town Square | Camden Development - 3 Greenway Plaza, Suite 1300, Houston, TX 77046 | 09/26/2011 - 10/25/2011 | $117,540.00 |
| Camden Town Square | Camden Development - 3 Greenway Plaza, Suite 1300, Houston, TX 77046 | Total amount of retainage withheld on work completed to date | $68,382.99 |
| The Summits Apartments - Contract #112003 - 03 | CFE Construction Services, LLC - 125 Regional Parkway, Suite 200, Orangeburg, SC 29118 | 08/21/2011 - 09/20/2011 | $162,697.50 |
| The Summits Apartments - Contract # 112003 - 03 | CFE Construction Services, LLC - 125 Regional Parkway, Suite 200, Orangeburg, SC 29118 | 09/21/2011 - 10/20/2011 | $64,090.80 |
| The Summits Apartments - Contract # 112003 - 03 | CFE Construction Services, LLC - 125 Regional Parkway, Suite 200, Orangeburg, SC 29118 | Total amount of retainage withheld on work completed to date | $25,198.70 |
| Woodfield Long Point Apartment Homes | CFE Construction Services, LLC - 125 Regional Parkway, Suite 200, Orangeburg, SC 29118 | 09/21/2011 - 10/20/2011 | $29,430.00 |
| Woodfield Long Point Apartment Homes | CFE Construction Services, LLC - 125 Regional Parkway, Suite 200, Orangeburg, SC 29118 | Total amount of retainage withheld on work completed to date | $3,270.00 |

| Project / Contract | Contractor / Address | Billing Period | Retainage | Amount |
|---|---|---|---|---|
| Forum at Georgia Southern - Contract # 11012008 | CF Jordan Construction - 9639 Greenville Avenue, Dallas, TX 75243 | 10/03/11 - 11/02/11 | Total amount of retainage withheld on work completed to date | $10,262.70 |
| Forum at Georgia Southern - Contract # 11012008 | CF Jordan Construction - 9639 Greenville Avenue, Dallas, TX 75243 | 09/21/2011 - 10/20/2011 | | $1,140.30 |
| Andros Isles - Contract # 2007-03-541 | Debartolo Construction Services, LLC - 4401 West Kennedy Blvd - 3rd Floor, Tampa, FL 33609 | | Total amount of retainage withheld on work completed to date | $56,340.00 |
| Andros Isles - Contract # 2007-03-541 | Debartolo Construction Services, LLC - 4401 West Kennedy Blvd - 3rd Floor, Tampa, FL 33609 | 08/26/11 - 09/25/11 | | $10,869.00 |
| Brookstone Park Apartments Phase 1 - Contract # 10205-12 | Doster Construction Company, Inc. - 2100 International Park Drive, Birmingham, AL 35243 | 09/26/11 - 10/25/11 | | $2,934.00 |
| Brookstone Park Apartments Phase 1 - Contract # 10205-12 | Doster Construction Company, Inc. - 2100 International Park Drive, Birmingham, AL 35243 | 08/21/11 - 09/20/11 | | $19,611.00 |
| Brookstone Park Apartments Phase 1 - Contract # 10205-12 | Doster Construction Company, Inc. - 2100 International Park Drive, Birmingham, AL 35243 | | | $62,666.80 |
| The Grove - Contract # 11201-09 | Doster Construction Company, Inc. - 2100 International Park Drive, Birmingham, AL 35243 | | | $122,507.25 |

| Contract | Company / Address | Period / Description | Amount |
|---|---|---|---|
| The Grove - Contract # 11201-09 | Doster Construction Company, Inc. - 2100 International Park Drive, Birmingham, AL 35243 | 09/21/11 - 10/20/11 | $72,629.40 |
| The Grove - Contract # 11201-09 | Doster Construction Company, Inc. - 2100 International Park Drive, Birmingham, AL 35243 | Total amount of retainage withheld on work completed to date | $29,064.65 |
| The Jamison at Brier Creek - Contract # 157028C | Epoch Properties, Inc. - 359 Carolina Avenue, Suite 200, Winter Park, FL 32789-3145 | 09/21/11 - 10/20/11 | $82,467.90 |
| The Jamison at Brier Creek - Contract # 157028C | Epoch Properties, Inc. - 359 Carolina Avenue, Suite 200, Winter Park, FL 32789-3145 | Total amount of retainage withheld on work completed to date | $39,384.75 |
| University Club on Frey - Contract # 11093-14 | FaverGray - 3652 South Third Street, Suite 200, Jacksonville Beach, FL 32250 | 09/21/11 - 10/20/11 | $100,170.00 |
| University Club on Frey - Contract # 11093-14 | FaverGray - 3652 South Third Street, Suite 200, Jacksonville Beach, FL 32250 | Total amount of retainage withheld on work completed to date | $32,230.00 |
| Value Place Raleigh - Contract # 110098NC_07A | FaverGray - 3652 South Third Street, Suite 200, Jacksonville Beach, FL 32250 | 09/21/11 - 10/20/11 | $37,557.00 |
| Value Place Raleigh - Contract # 110098NC_07A | FaverGray - 3652 South Third Street, Suite 200, Jacksonville Beach, FL 32250 | Total amount of retainage withheld on work completed to date | $6,695.90 |

| | | |
|---|---|---|
| Value Place Williston - Contract # 11097ND - 06 | FaverGray - 3652 South Third Street, Suite 200, Jacksonville Beach, FL 32250 | 09/21/11 - 10/20/11 | $149,671.80 |
| Value Place Williston - Contract # 11097ND - 06 | FaverGray - 3652 South Third Street, Suite 200, Jacksonville Beach, FL 32250 | Total amount of retainage withheld on work completed to date | $16,630.20 |
| Roper Pond Apartments - Contract # 11-09 | McCrory Construction Company, LLC - 1280 Assembly Street, Columbia, SC 29202 | 08/21/11 - 09/20/11 | $139,719.60 |
| Roper Pond Apartments - Contract # 11-09 | McCrory Construction Company, LLC - 1280 Assembly Street, Columbia, SC 29202 | 09/21/11 - 10/20/11 | $78,210.00 |
| Roper Pond Apartments - Contract # 11-09 | McCrory Construction Company, LLC - 1280 Assembly Street, Columbia, SC 29202 | Total amount of retainage withheld on work completed to date | $24,214.40 |
| Felton Homes Apartments - Contract # 10-036 | McShane Construction Company, LLC - 1943 South College Street, Suite A, Auburn, AL 36832 | 08/26/11 - 09/25/11 | $2,160.00 |
| Felton Homes Apartments - Contract # 10-036 | McShane Construction Company, LLC - 1943 South College Street, Suite A, Auburn, AL 36832 | 09/26/11 - 10/25/11 | $33,954.21 |
| Felton Homes Apartments - Contract # 10-036 | McShane Construction Company, LLC - 1943 South College Street, Suite A, Auburn, AL 36832 | Total amount of retainage withheld on work completed to date | $78,377.80 |

| Project / Contract | Company | Period / Description | Amount |
|---|---|---|---|
| Savannah Gardens Phase 1 - Contract # 1001-13 | Norsouth Construction Company - 329 Commercial Drive, Suite 110, Savannah, GA 31406 | 09/21/11 - 10/20/11 | $4,410.00 |
| Savannah Gardens Phase 1 - Contract # 1001-13 | Norsouth Construction Company - 329 Commercial Drive, Suite 110, Savannah, GA 31406 | Total amount of retainage withheld on work completed to date | $32,631.17 |
| Arden Place Apartments - Contract # 10-0202-04 | Summit Contracting Group, Inc. - 6877 Phillips Industrial Blvd, Jacksonville, FL 32256 | 10/01/11 - 10/31/11 | $12,643.16 |
| Arden Place Apartments - Contract # 10-0202-04 | Summit Contracting Group, Inc. - 6877 Phillips Industrial Blvd, Jacksonville, FL 32256 | Total amount of retainage withheld on work completed to date | $49,076.70 |
| Bridge Way Apartments - Labor Only Contract # 11-001-01 | Summit Contracting Group, Inc. - 6877 Phillips Industrial Blvd, Jacksonville, FL 32256 | 09/16/11 - 10/15/11 | $16,644.60 |
| Bridge Way Apartments - Labor Only Contract # 11-001-01 | Summit Contracting Group, Inc. - 6877 Phillips Industrial Blvd, Jacksonville, FL 32256 | Total amount of retainage withheld on work completed to date | $1,849.40 |
| Bridge Way Apartments - Materials Only Purchase Order - Agreement # 6007 | Summit Contracting Group, Inc. - 6877 Phillips Industrial Blvd, Jacksonville, FL 32256 | 09/16/11 - 10/15/11 | $90,250.00 |
| The Collegiate # 2021 | Vizor-Alderson LLC - 1890 Lindberg Road, West Lafayette, IN 47906 | 10/01/11 - 10/31/11 | $237,342.60 |

| | | | |
|---|---|---|---|
| The Collegiate # 2021 | Vizor-Alderson LLC - 1890 Lindberg Road, West Lafayette, IN 47906 | Total amount of retainage withheld on work completed to date | $39,835.20 |
| Trinity Club Apartments - Contract # 50068-035200S | Walker & Company - 931 Pennsylvania Ave., Winter Park, Fl 32789 | 08/21/11 - 09/20/11 | $31,134.00 |
| Trinity Club Apartments - Contract # 50068-035200S | Walker & Company - 931 Pennsylvania Ave., Winter Park, Fl 32789 | 09/21/11 - 10/20/11 | $63,438.00 |
| Trinity Club Apartments - Contract # 50068-035200S | Walker & Company - 931 Pennsylvania Ave., Winter Park, Fl 32789 | Total amount of retainage withheld on work completed to date | $10,486.00 |
| Trinity Club Apartments - Contract # 50068-033000S | Walker & Company - 931 Pennsylvania Ave., Winter Park, Fl 32789 | 08/21/11 - 09/20/11 | $115,779.00 |
| Trinity Club Apartments - Contract # 50068-033000S | Walker & Company - 931 Pennsylvania Ave., Winter Park, Fl 32789 | 09/21/11 - 10/20/11 | $48,457.00 |
| Trinity Club Apartments - Contract # 50068-033000S | Walker & Company - 931 Pennsylvania Ave., Winter Park, Fl 32789 | Total amount of retainage withheld on work completed to date | $51,496.10 |
| **TOTAL:** | | | **$2,726,156.58** |

## Accounts Receivable for Uncompleted Projects

| Contract Name & Number | General Contractor Name & Address | Work Completed Start & End Dates | Amount Due |
|---|---|---|---|
| Andros Isles - Contract # 2007-03-541 | Debartolo Construction Services, LLC - 4401 West Kennedy Blvd - 3rd Floor, | 10/21 - 11/2 | $59,252.00 |
| Bridge Way Apartments - Labor Only Contract # 11-001-01 | Summit Contracting Group, Inc. - 6877 Phillips Industrial Blvd., Jacksonville, FL 32256 | 10/16 - 11/2 | $8,426.00 |
| Bridge Way Apartments - Materials Only Purchase Order Agreement # 6007 | Summit Contracting Group, Inc. - 6877 Phillips Industrial Blvd., Jacksonville, FL 32256 | 10/16 - 11/2 | $12,639.00 |
| Camden Town Square | Camden Development - 3 Greenway Plaza, Suite 1300, Houston, TX 77046 | 10/26 - 11/2 | $36,734.00 |
| Felton Homes Apartments - Contract # 10-036 | McShane Construction Company, LLC - 1943 South College Street, Suite A, Auburn, AL 36832 | 9/26 - 11/2 | $33,627.90 |
| Forum at Georgia Southern - Contract # 11012008 | CF Jordan Construction - 9639 Greenville Avenue, Dallas, TX 75243 | 10/03/11 - 11/02/11 | $9,664.00 |
| Ft. Stewart - South Hunter AAF Contract # 10187061-008 | Balfour Beatty Construction, LLC - 600 Galleria Pkwy Suite 1800, Atlanta, GA 30339 | 10/21 - 11/2 | $75,088.00 |
| Roper Pond Apartments - Contract # 11-09 | McCrory Construction Company, LLC - 1280 Assembly Street, Columbia, SC 29202 | 9/21 - 11/2 | $21,124.00 |
| Roper Pond Apartments - Contract # 11-09 | McCrory Construction Company, LLC - 1280 Assembly Street, Columbia, SC 29202 | 10/21 - 11/2 | $78,210.00 |
| The Collegiate # 2021 | Vizor-Alderson LLC - 1890 Lindberg Road, West Lafayette, IN 47906 | 11/1 - 11/2 | $9,096.00 |
| The Grove - Contract # 11201-09 | Doster Construction Company, Inc. - 2100 International Park Drive, Birmingham, AL 35243 | 10/21 - 11/2 | $54,522.00 |
| Marina Bay Apartments | Ambling Construction 348 Enterprise Drive Valdosta, Georgia 31601 | 10/1 - 11/2 | $39,405.00 |
| Trinity Club Apartments - Contract # 50068-033000S | Walker & Company - 931 Pennsylvania Ave., Winter Park, FL 32789 | 10/21 - 11/2 | $8,016.00 |
| Trinity Club Apartments - Contract # 50068-035200S | Walker & Company - 931 Pennsylvania Ave., Winter Park, FL 32789 | 10/21 - 11/2 | $37,634.00 |
| Riverbend | C.F. Evans Construction, 125 Regional Parkway, Suite 200, Orangeburg, SC 29118 | 10/1 - 11/2 | $52,000.00 |

## TOTAL: $535,437.90

| Name of Employee | Check Number | Date of Loan | Amount of Loan | Balance | Address |
|---|---|---|---|---|---|
| Shawn Aaron | Direct Deposit on 2-21-2011 | 2/21/2011 | 500.00 - check Amount 480.54 Hughes Amount (7/21/11) | 455.25 | 3529 Jacqueline Drive Jacksonville, Fl 32277 |
| Javier Aguirre | Ck#49464 | 10/7/2011 | $1,500.00 | $1,100.00 | 4940 Eastway Dr Apopka, Fl 32712 |
| Christopher Davis | Lawn Mower purchased on Lowes Account | 9/30/2011 | $1,528.41 | $1,028.41 | P.O. Box 777 Hollister Fl 32147 |
| Evangelista Delgado | Ck#48914 | 8/19/2011 | $1,500.00 | $900.00 | 111657 Sail Avenue Jacksonville, fl 32246 |
| John Eubanks | Ck#49613 | 10/21/2011 | $500.00 | $400.00 | 135 Lloyd Drive Hollister Fl 32147 |
| Sean Hubbard | ck#49533 | 10/14/2011 | $200.00 | $50.00 | 205 S Peninsula Ave New Smyrna Beach Fl 32169 |
| Michael Roberts | we pd concrete for him back on 9-23-2009 - check #40898 | 5/3/2011 | $3,938.90 | $1,042.78 | 901 Jacqueline Circle Macclenny, Fl 32063 |
| Timothy Roberts | Direct Deposit | 1/9/2009 | $6,800.00 | $200.00 | 235 Owens Acres Macclenny fl 32063 |
| Kevin Rourke | ck#49534 | 10/14/2011 | $2,000.00 | $1,800.00 | 720 E 6th Street Apopka Fl 32703 |
| Manuel Torres | ck#49498 | 10/12/2011 | $1,000.00 | $700.00 | 1130 Clayton Rd Jacksonville, fl 32254 |
| Stan Fowler | Stan has used our account to purchase concrete and has not pd us back | starting back from 8/22/2008 - 3-29-2010 | $2,196.44 | $2,196.44 | 5677 Hecksher Drive Jacksonville, Fl 32226 |
| William Jeremy King | We Purchased concrete for Jeremy and he never pd us back | 4/6/2011 | $335.98 | $335.98 | 2720 Rochford Court Jacksonville, Fl 32225 |
| | | TOTAL: | | 10208.86 | |

In re  Ridenhour Concrete & Supply, Inc.                        Case No. _____
                 **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 1133 Baisden Rd.<br>Jacksonville, FL | | |
| | | 2008 Ford F350 #8666<br>1133 Baisden Rd.<br>Jacksonville, FL | | 20,000.00 |
| | | 2011 Ford F150 #9078<br>720 E. 6th St.<br>Apopka, FL 32703 | | 32,812.61 |
| | | 2008 Ford F150 #6610<br>299 Forest Ridge Dr.<br>Savannaha, GA | | 22,899.77 |
| | | 2008 Ford F150 #2912<br>299 Forest Ridge Dr.<br>Savannah, GA | | 22,856.62 |
| | | 2010 Ford Expedition #5077<br>1133 Baisden Rd.<br>Jacksonville, FL 32218 | | 48,060.44 |
| | | 2008 Ford F350 #0922<br>1440 Lee Brown Rd.<br>Bon Aqua, TN 37025 | | 31,673.54 |
| | | 2008 Ford E350 van #0909<br>116 Powder Corn Drive<br>Gaston, SC 29503 | | 23,045.97 |
| | | 2010 Ford Ranger #4076 and 2010 Ford Ranger #4074<br>#4076: 1133 Baisden Rd., Jacksonville, FL<br>#4074: 100 So. Williams St., Columbia, SC | | 39,098.63 |
| | | 2008 Ford F150 #6296 | | 24,623.55 |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   Ridenhour Concrete & Supply, Inc.                     Case No. _____
                **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 1133 Baisden Rd. Jacksonville, FL 32218 | | |
| | | 2008 Ford F150 #4332 299 Forest Ridge Savannah, GA | | 24,623.55 |
| | | 2011 Ford F150 #4129 1133 Baisden Rd. Jacksonville, FL 32218 | | 32,279.10 |
| | | 2011 Ford F150 #3930 554 Fahnstock, Eustis, FL | | 29,081.98 |
| | | 2011 Ford F150 #2545 125 Dana Lane, Hollister, FL | | 27,948.15 |
| | | 2009 Ford F150 #2133 1133 Baisden Rd. Jacksonville, FL 32218 | | 31,440.74 |
| | | 2011 Ford F150 #8329 1690 Ackley Rd. Cocoa, FL 32922 | | 32,399.60 |
| | | 2008 Ford F150 #7926 1133 Baisden Rd. Jacksonville, FL 32218 | | 35,230.95 |
| | | 2008 Ford F150 #9065 1133 Baisden Rd. Jacksonville, FL 32218 | | 21,425.72 |
| | | 2008 Ford F150 #9092 1133 Baisden Rd. Jacksonville, FL 32218 | | 21,497.80 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re   Ridenhour Concrete & Supply, Inc.                                    Case No. _____
             **Debtor**                                                                                   **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 2008 Ford F150 #4552<br>7758 Wendell Rd.<br>Orlando, FL | | 24,556.95 |
| | | 2008 Ford F250 #2435<br>1133 Baisden Rd.<br>Jacksonville, FL 32218 | | 37,339.34 |
| | | 2008 Ford F350 #2201<br>150 Furtick Rd.<br>Swansea, SC 29160 | | 35,230.95 |
| | | 2008 Ford F150 #7819<br>299 Forest Ridge Dr.<br>Savannah, GA | | 21,018.33 |
| | | 2008 Ford F150 #9856<br>904 Wando Park Blvd.<br>Mt. Pleasant, SC | | 25,547.41 |
| | | 2009 Big Country RV #3378<br>199 KOA Blvd.<br>Ringgold, TN 30736 | | 37,935.02 |
| | | 2007 Prowler RV #5078<br>805 Fort Argyle Rd., Georgia Hwy 204, Savannah, GA 31419, Lot W-5 | | 26,337.61 |
| | | (4) 2007 Dodge Trucks #3694, #7287, #0727, #3346<br>#7287: 3195 Orange Blossom Trail, Mt. Dora, FL<br>#3694: 1133 Baisden Rd., Jacksonville, FL<br>#0727: 1369 Duval Lake Rd. S., Jacksonville, FL<br>#3346: 708 Short Putt Dr., Macclenny, FL | | 25,200.00 |
| | | (3) 2007 Dodge trucks #3919, #9032, #9031 | | 45,000.00 |

In re    Ridenhour Concrete & Supply, Inc.                                    Case No. _____
                          **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 3919:125 Walker Ave,Hollister,FL<br>9032:4363 Andres St.Springhill,FL<br>9031:7758 Wendell Rd, Orlando, FL | | |
| | | 20 ft. bumper pull trailer<br>3227 Gaylord Way, Kissimmee, FL | | 2,680.80 |
| | | Golf cart<br>1133 Baisden Rd., Jacksonville, FL | | 2,006.25 |
| | | Utility Vehicle #8975<br>6914 Trenholm Road.<br>Forest Acres, SC 29206 | | 2,342.60 |
| | | RV - Bob Thompson<br>1999 Pace trailer<br>(Heather's lawn care)<br>1133 Baisden Rd.<br>Jacksonville, FL 32218 | | 2,700.00<br>1,620.00 |
| | | 2005 Ford F350 SD #4719<br>299 Forest Ridge Dr.<br>Savannah, GA | | 22,050.00 |
| | | 2005 Ford F250 SD #3265<br>1133 Baisden Rd.<br>Jacksonville, FL 32218 | | 20,250.00 |
| | | 2006 Ford Expedition #0423<br>1133 Baisden Rd.<br>Jacksonville, FL 32218 | | 15,300.00 |
| | | 2005 Ford F350 SD #6444<br>708 Short Putt Drive<br>Macclenny, FL 32063 | | 21,600.00 |
| | | 2000 Ford F250 4x4 XLT #7911 | | 9,450.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re   Ridenhour Concrete & Supply, Inc.                         Case No. _____
_____
                    **Debtor**                                                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 7758 Wendell Rd., Orlando, FL 32807 | | |
| | | 1999 Ford F350 #6089 1133 Baisden Rd. Jacksonville, FL 32218 | | 10,350.00 |
| | | 2004 Dodge Ram 3500 4x4 #4770 904 Wando Park Blvd. Mt. Pleasant, SC 29464 | | 15,750.00 |
| | | 2002 Ford F150 1133 Baisden Rd., Jacksonville, FL | | 13,050.00 |
| | | 2002 All Pro Trailer Ser. #8412 1698 Brdigeway Dr., Maryville, TN | | 3,150.00 |
| | | 2007 EQ7207T Trailer #3814 10800 Torino Dr., New Port Richey, FL | | 3,023.06 |
| | | Gooseneck trailer #3471 1133 Baisden Rd., Jacksonville, FL | | 6,744.50 |
| | | 2005 PJMT Gooseneck Trailer Ser. #7150 1133 Baisden Rd., Jacksonville, FL | | 4,050.00 |
| | | 2006 PJMT Gooseneck Trailer Ser. #5894 1133 Baisden Rd., Jacksonville, FL | | 4,050.00 |
| | | 1987 Stog storage semi trailer 5918 Commerce St., Jacksonville, FL | | 1,080.00 |
| | | 2003 Cargo mate 2170 Jefferson Davis Hwy, Graniteville, SC 29829 | | 3,150.00 |

In re   Ridenhour Concrete & Supply, Inc.          Case No. _____
                **Debtor**                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | (2) trailers (#7970) and (#3792)<br>7970: Texas<br>3792: 3227 Gaylord Way, Kissimmee, FL | | 3,375.00 |
| | | 2008 Imperial Trailer #3950<br>436 Wando Park Blvd., Mt. Pleasant, SC | | 3,002.01 |
| | | 2002 All Pro Trailer #5701<br>1133 Baisden Rd., Jacksonville, FL | | 1,890.00 |
| | | 2006 All Pro Trailer #3903<br>2170 Jefferson Davis Hwy., Graniteville, SC | | 2,160.00 |
| | | 2007 Dovetail Bumper Trailer<br>3227 Gaylord Way, Kissimmee, FL | | 2,406.54 |
| | | 2002 All Pro Trailer #8125<br>300 W. Bacon St., Richmond, VA | | 3,150.00 |
| | | 1999 Ford F350 #0877<br>1133 Baisden Rd., Jacksonville, FL | | 8,550.00 |
| | | 2006 IMC Trailer #3261<br>3227 Gaylord Way, Orlando, FL | | 1,520.00 |
| | | 2003 PJTM Trailer #3388<br>University House - Gypcrete | | 2,000.00 |
| | | 2001 IRDO Trailer #0584<br>Arnold Street | | 700.00 |
| | | 2002 Ford F150 #4130<br>1133 Baisden Rd.<br>Jacksonville, FL 32218 | | 13,050.00 |
| | | 2008 Ford F150 #4330 | | 21,478.81 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

**In re** Ridenhour Concrete & Supply, Inc.                    **Case No.** _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 1698 Bridgeway Dr. Maryville, TN | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Konica Minolta Bizhub Copier 1133 Baisden Rd., Jacksonville, FL | | 5,510.62 |
| | | Sony DSLR 1000 Camera in the field/on job sites | | 810.00 |
| | | KIP 3001 Copier/Printer/STF 1133 Baisden Rd., Jacksonville, FL | | 12,787.96 |
| | | Samsung 32" Flat Screen TV 1133 Baisden Rd., Jacksonville, FL | | 1,080.00 |
| | | Digitizer w/software 1133 Baisden Rd., Jacksonville, FL | | 4,545.75 |
| | | Qual Core Xeon Office Server (2) drafting tables 1133 Baisden Rd., Jacksonville, FL | | 3,063.86 1,019.97 |
| | | Sharp Aquos 60" LCD TV 1133 Baisden Rd., Jacksonville, FL | | 2,148.96 |
| | | Cat Skid Steer #8989 2035 Felton Ave., Macon, GA | | 35,274.92 |
| | | monitors 1133 Baisden Road Jacksonville, FL 32218 | | 5,600.00 |
| | | computers | | 8,000.00 |

In re    Ridenhour Concrete & Supply, Inc.                    Case No. _____
                          **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 1133 Baisden Road<br>Jacksonville, FL 32218 | | |
| | | Office furniture<br>1133 Baisden Rd.<br>Jacksonville, FL 32218 | | 40,000.00 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | 2006 38 meter concrete boom pump<br>1133 Baisden Rd., Jacksonville, FL | | 160,000.00 |
| | | 2011 A-K80 strong pump #1334<br>1133 Baisden Rd., Jacksonville, FL | | 55,509.45 |
| | | (2) 2010 T190 Bobcats #7008 and #7262<br>in the field/on job sites | | 69,154.20 |
| | | Skid Steer Loader #0898<br>1133 Baisden Rd., Jacksonville, FL | | 22,867.76 |
| | | (3) Bobcat T180s #2257, #2256, #1569; One (1) Bobcat Excavator #4051<br>#2257: 2653 Beville Rd., Daytona, FL<br>#2256: 1133 Baisden Rd., Jacksonville, FL<br>#1569: 152 Bleachery Blvd., Asheville, NC<br>#4051: 1133 Baisden Rd., Jacksonville, FL | | 94,500.00 |
| | | (2) T190 Bobcat Track Loaders, Two (2) E35 ZTS Bobcat Excavators<br>in the field/on job sites | | 157,854.99 |
| | | Track Loader #2403<br>299 Forest Ridge Dr., Savannah, GA | | 30,498.82 |

In re   Ridenhour Concrete & Supply, Inc.        Case No. _____
             **Debtor**                                                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | (2) 2010 E35 and (1) T190 Bobcats #3205, #1307 and #7144<br>#3205: 11843 Phillips Hwy, Jacksonville, FL<br>#1307: 300 W. Bacon St., Richmond, VA<br>#7144 6889 N Trenholm Rd.<br>Arcadia Lakes, SC | | 101,197.80 |
| | | Air T30 Compressor<br>in the field/on job sites | | 540.00 |
| | | Bob Track Loader S/N 531411011<br>1698 Bridgeway Dr., Maryville, TN | | 25,200.00 |
| | | Bob Track Loader S/N 531411022<br>1101 Moher Blvd., Franklin, TN | | 25,200.00 |
| | | Bob Track Loader S/N 531411009<br>Bennett Creek | | 25,200.00 |
| | | Electric Vehicle List<br>in the field/on job sites | | 1,620.00 |
| | | Rugby 50 GC Rotating Laser<br>in the field/on job sites | | 810.00 |
| | | Truck Tool box<br>in the field/on job sites | | 360.00 |
| | | Saddle box<br>in the field/on job sites | | 360.00 |
| | | XT4 Concrete Vibrator<br>in the field/on job sites | | 720.00 |
| | | LL300 Laser Level w/Tripod | | 810.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re   Ridenhour Concrete & Supply, Inc.
                  **Debtor**

Case No. _____
                               **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | in the field/on job sites | | |
| | | Symon Forms<br>6914 Trenholm Rd. Forest Acres, SC | | 20,257.66 |
| | | LL300 Laser Level w/tripod S/N 06258436<br>in the field/on job sites | | 810.00 |
| | | 3 PTJ5S System/PE554T Cable Pullers<br>in the field/on job sites | | 9,900.00 |
| | | Rugby 100 GC Rotating Laser S/N 62191<br>in the field/on job sites | | 990.00 |
| | | 48" Bobcat forks<br>in the field/on job sites | | 720.00 |
| | | (12) 14" Power Cutters ($752 each)<br>in the field/on job sites | | 5,400.00 |
| | | (2) Laserpacks S/N 2781 & 2839<br>in the field/on job sites | | 1,350.00 |
| | | Trumpet Train Horn<br>1133 Baisden Rd., Jacksonville, FL | | 441.71 |
| | | Eletric Roll Cover<br>1133 Baisden Rd., Jacksonville, FL | | 1,056.75 |
| | | 2007 Wacker Water Pump #3061<br>1133 Baisden Rd., Jacksonville, FL | | 1,203.75 |
| | | Bobcat Engine V-2<br>1133 Baisden Rd., Jacksonville, FL | | 4,251.64 |
| | | Concrete Finisher S/N 9935 | | 1,440.49 |

In re  <u>Ridenhour Concrete & Supply, Inc.</u>                    Case No. _____
                **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | in the field/on job sites | | |
| | | 13HP Gas air compressor in the field/on job sites | | 2,279.10 |
| | | Rotary Laser w/ tripod in the field/on job sites | | 1,063.59 |
| | | Rugby 50 GC rotating laser #5900 in the field/on job sites | | 762.38 |
| | | 100 Gallon diesel tank in the field/on job sites | | 659.95 |
| | | Symon Forms (2) 6914 Trenholm Rd., Forest Acres, SC | | 17,273.64 |
| | | 2 Nikon Electronic Digital Theodolites in the field/on job sites | | 3,282.14 |
| | | Rugby 50 GC Laser S/N 2967 in the field/on job sites | | 963.00 |
| | | 225 Welder 1133 Baisden Rd., Jacksonville, FL | | 2,129.25 |
| | | Rugby 50 GC Laser package S/N 3109 in the field/on job sites | | 963.00 |
| | | (2) Diamond Rebar Cutters S/N 9014 and 9112 in the field/on job sites | | 1,626.00 |
| | | 3000 Watt Ultraquiet generators #9191 in the field/on job sites | | 1,379.96 |
| | | Self leveling rotary laser | | 607.49 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-0280 - Adobe PDF

**In re** ___Ridenhour Concrete & Supply, Inc.___                    **Case No.** _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | in the field/on job sites | | |
| | | (2) Honda Jumping Jacks<br>1133 Baisden Rd., Jacksonville, FL | | 4,200.00 |
| | | (2) MDC88 Honda Plate Tampers<br>1133 Baisden Rd., Jacksonville, FL | | 2,400.00 |
| | | (4) 6300 W Generators #6187, #6858, #0756, #0757<br>in the field/on job sites | | 5,100.00 |
| | | (2) Honda Plate Tampers<br>1133 Baisden Rd., Jacksonville, FL | | 1,875.00 |
| | | 100 Gallon Diesel Tank #2<br>in the field/on job sites | | 664.50 |
| | | Wacker Vib plate MD Impact #2856<br>1133 Baisden Rd., Jacksonville, FL | | 942.94 |
| | | Pressure Washer<br>in the field/on job sites | | 762.37 |
| | | 5.5HP Honda 8 gallon air tank<br>1133 Baisden Rd., Jacksonville, FL | | 732.38 |
| | | Rugby Laser w/tripod #5763<br>in the field/on job sites | | 983.06 |
| | | Drum Sprayer #2002<br>located in Franklin, TN | | 4,466.25 |
| | | (2) Caterpillar SSForks #2309 and #0371<br>in the field/on job sites | | 1,596.98 |
| | | (2) Self leveling rotary laser #2220 | | 999.15 |

**In re** _Ridenhour Concrete & Supply, Inc._      **Case No.** _____
              **Debtor**                                                 **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | in the field/on job sites | | |
| | | Vibra Strike Screed #097H<br>in the field/on job sites | | 1,424.44 |
| | | (2) Stressing machines #E173 and #E240<br>in the field/on job sites | | 7,821.14 |
| | | Storage Unit #0623<br>5918 Commerce St., Jacksonville, FL | | 2,640.10 |
| | | Laser Level #3543<br>in the field/on job sites | | 558.45 |
| | | air compressor<br>in the field/on job sites | | 681.22 |
| | | (3) laser levels #0310, #0382, #4469<br>in the field/on job sites | | 3,274.20 |
| | | Self leveling rotary laser<br>in the field/on job sites | | 826.50 |
| | | (6) 5800W generators<br>in the field/on job sites | | 9,795.32 |
| | | (3) cable pullers S/N 1627, 1628, 1629<br>#1627:7758 Wendell Rd., Orlando, FL<br>#1628: 300 W. Bacon St., Richmond, VA<br>#1629 6837 N. Trenholm Rd. Columbia, SC | | 11,733.89 |
| | | CAT 303 bucket<br>in the field/on job sites | | 850.00 |
| | | Plate compactor #8298<br>in the field/on job sites | | 1,484.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re    Ridenhour Concrete & Supply, Inc.                    Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Payne heat pump system<br>off premises | | 3,600.00 |
| | | Light tower #0527<br>1133 Baisden Rd., Jacksonville, FL | | 2,739.20 |
| | | (4) excavator buckets<br>in the field/on job sites | | 2,128.23 |
| | | Concrete vibrator #4591<br>in the field/on job sites | | 773.08 |
| | | Rotating laser #8980<br>in the field/on job sites | | 864.03 |
| | | (2) rotating lasers #3999 and #4004<br>in the field/on job sites | | 1,728.05 |
| | | Power-lube greasing system<br>1133 Baisden Rd., Jacksonville, FL | | 647.07 |
| | | (2) 40' containers<br>1133 Baisden Rd., Jacksonville, FL | | 3,740.00 |
| | | (4) light towers #9924, #0171, #0380 and #2630<br>#9924 and #2630: 1133 Baisden Rd., Jacksonville, FL<br>#0171: 299 Forest Ridge Dr., Savannah, GA<br>#0380: 3227 Gaylord Way, Orlando, FL | | 9,004.05 |
| | | Router<br>in the field/on job sites | | 689.57 |
| | | Wall Forms<br>1133 Baisden Rd., Jacksonville, FL | | 8,495.56 |
| | | Soft-cut saw | | 5,762.49 |

**In re** Ridenhour Concrete & Supply, Inc.

**Debtor**

Case No. _____

**(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | in the field/on job sites | | |
| | | STIHL 3500 KV Generator in the field/on job sites | | 540.79 |
| | | 44" Ditch Witch bucket 1133 Baisden Rd., Jacksonville, FL | | 551.80 |
| | | Air compressor 1133 Baisden Rd., Jacksonville, FL | | 5,628.40 |
| | | 14" Partner gas cut-off saw in the field/on job sites | | 934.09 |
| | | (2) 40' storage boxes 1133 Baisden Rd., Jacksonville, FL | | 3,659.40 |
| | | Bobcat ZTR #0556 1133 Baisden Rd., Jacksonville, FL | | 4,199.53 |
| | | Bobcat sweeper 1133 Baisden Rd., Jacksonville, FL | | 1,620.00 |
| | | 40' Storage container 1133 Baisden Rd., Jacksonville, FL | | 1,710.00 |
| | | Movable lifts 1133 Baisden Rd., Jacksonville, FL | | 12,600.00 |
| | | Optiplex 160 1133 Baisden Rd., Jacksonville, FL | | 1,659.62 |
| | | Storage shed 1133 Baisden Rd., Jacksonville, FL | | 576.84 |
| | | Enagic - LA | | 3,598.20 |

In re   Ridenhour Concrete & Supply, Inc.                    Case No. _____
_____
            **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | in the field/on job sites | | |
| | | Sokkia LP415-Rotating laser #G92820 in the field/on job sites | | 826.25 |
| | | Concrete vibrator in the field/on job sites | | 682.58 |
| | | 14" Cut-off saw #2014 in the field/on job sites | | 874.80 |
| | | (3) Rugby lasers #6526, #8260, #8265 in the field/on job sites | | 2,600.10 |
| | | 14" cut-off saw #0818 in the field/on job sites | | 957.69 |
| | | (6) 14" cut-off saws in the field/on job sites | | 4,362.39 |
| | | 14" Cut-off saw #7771 in the field/on job sites | | 842.63 |
| | | 12 amp vibrator in the field/on job sites | | 829.11 |
| | | Plate compactor #8227 in the field/on job sites | | 1,855.11 |
| | | Rotary laser #4971 in the field/on job sites | | 1,036.03 |
| | | Stake driver in the field/on job sites | | 1,832.14 |
| | | Pressure washer #6119 | | 807.37 |

In re   Ridenhour Concrete & Supply, Inc.                    Case No. _____
              **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | in the field/on job sites | | |
| | | 5.5HP air compressor #1387<br>in the field/on job sites | | 1,015.48 |
| | | 5800W Makita Generator #2870<br>in the field/on job sites | | 1,625.38 |
| | | Power cutter #0270<br>in the field/on job sites | | 974.82 |
| | | 14" Cut-off saw #8402<br>in the field/on job sites | | 893.00 |
| | | Wacker generator #3213<br>in the field/on job sites | | 1,753.46 |
| | | Wacker Vib plate #7610<br>in the field/on job sites | | 1,804.29 |
| | | Gypcrete pump hose<br>in the field/on job sites | | 2,425.02 |
| | | 14" power cutter #0778<br>in the field/on job sites | | 813.20 |
| | | Wacker plate compactor #1795<br>in the field/on job sites | | 1,872.45 |
| | | Pressure washer<br>in the field/on job sites | | 1,565.54 |
| | | GP6500E generator<br>in the field/on job sites | | 1,371.84 |
| | | Rotary laser #1127 | | 796.94 |

In re   Ridenhour Concrete & Supply, Inc.                     Case No. _____
       **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | in the field/on job sites | | |
| | | GP5000 Generator<br>in the field/on job sites | | 1,179.66 |
| | | (2) Husky 5000W generators<br>in the field/on job sites | | 1,229.15 |
| | | Troybilt 5500 W Generator<br>in the field/on job sites | | 636.15 |
| | | Rotary Hammer #5053<br>in the field/on job sites | | 592.33 |
| | | 5000W Husky generator<br>in the field/on job sites | | 694.43 |
| | | Rotary laser #6535<br>in the field/on job sites | | 641.99 |
| | | Cut-off saw<br>in the field/on job sites | | 961.93 |
| | | Skid Steer Loader S/N 517626811<br>1133 Baisden Rd., Jacksonville, FL | | 17,820.00 |
| | | Bob Track Loader S/N 527513024<br>299 Forest Ridge Dr.<br>Savannah, GA | | 17,550.00 |
| | | Bob Track Loader S/N 527513012<br>Broken - using for parts<br>1133 Baisden Rd., Jacksonville, FL | | 17,550.00 |
| | | Mini Excavator S/N 234111247<br>1133 Baisden Rd., Jacksonville, FL | | 20,250.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-0280I - Adobe PDF

In re  Ridenhour Concrete & Supply, Inc.      Case No. _____
             **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Bob Track Loader S/N 531411744<br>1842 Ochsner Blvd.<br>Covington, LA 70433 | | 25,200.00 |
| | | Bob Track Loader S/N 531412001<br>436 Wando Park Blvd.<br>Mt. Pleasant, SC | | 25,200.00 |
| | | Mini excavator S/N 232311272<br>1133 Baisden Rd. Jacksonville, FL | | 20,700.00 |
| | | Skid Steer Loader S/N 517619961<br>1133 Baisden Rd., Jacksonville, FL | | 18,000.00 |
| | | Mini excavator S/N 562411545<br>engine is blown - 1133 Baisden Rd., Jacksonville, FL | | 21,600.00 |
| | | Bob Track Loader S/N 527513651<br>1243 Deleon Ave. South.<br>Titusville, FL | | 21,600.00 |
| | | Bob Track Loader S/N 527513766<br>engine is blown - 1133 Baisden Rd., Jacksonville, FL 32218 | | 21,600.00 |
| | | (2) Bobcat T180s #3130 and #3128<br>#3130: 99 Hilaleah Dr., Irmo, Sc<br>#3128:10800 Torino Dr., New Port Richey, FL | | 54,122.34 |
| | | Bobcat Excavator 329 #2619<br>9920 Jamison Valley Dr.,<br>Raleigh, NC 27617 | | 24,147.94 |
| | | Bob Track Loader S/N 527513247<br>3227 Gaylord Way, Kissimmee, FL | | 15,750.00 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re   Ridenhour Concrete & Supply, Inc.                    Case No. _____
                  **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Bob Track Loader S/N 527513580 1133 Baisden Rd., Jacksonville, FL | | 21,600.00 |
| | | Mini Excavator S/N 234212042 152 Bleachery Blvd., Asheville, NC | | 23,400.00 |
| | | Caterpillar Skid Steer Loader SLK07420 engine blown - 1133 Baisden Rd., Jacksonville, FL | | 30,039.35 |
| | | Caterpillar Multi Terrain Loader MDH04899 2653 Beville Rd., Daytona, FL | | 37,044.63 |
| | | Caterpillar Excavator BXT02886 436 Wando Park Blvd., Mt. Pleasant, SC | | 29,670.17 |
| | | Caterpillar Hydraulic Excavator FPK02720 1698 Bridgeway Dr., Maryville, TN | | 37,768.82 |
| | | Cat Excavator #3877 10800 Torino Dr., New Port Richey, FL | | 34,416.28 |
| | | Telescopic forklift 1133 Baisden Rd., Jacksonville, FL | | 13,983.00 |
| | | Light Tower #1553 1133 Baisden Rd., Jacksonville, FL | | 2,946.78 |
| | | 2004 Wacker LTC4L Light Tower #5454835 2170 Jefferson Davis Hwy., Graniteville, SC | | 3,420.00 |
| | | Electric scissorlift 1133 Baisden Rd., Jacksonville, FL | | 900.00 |
| | | Mitsubishi Forklift 1133 Baisden Rd., Jacksonville, FL | | 1,800.00 |

In re   Ridenhour Concrete & Supply, Inc.        Case No. _____

            **Debtor**                                                **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | (2) Cable pullers #003C AND #004C<br>#003C: 7758 Wendell Rd., Orlando, FL<br>#004C: 1133 Baisden Rd., Jacksonville, FL | | 5,970.06 |
| | | Power washer #3074<br>in the field/on job site | | 700.00 |
| | | Pipe Braces<br>1133 Baisden Rd., Jacksonville, FL | | 4,383.00 |
| | | Tireboss system<br>1133 Baisden Rd., Jacksonville, FL | | 5,525.00 |
| | | Blower<br>1133 Baisden Rd., Jacksonville, FL | | 685.07 |
| | | 40' storage box<br>1133 Baisden Rd., Jacksonville, FL | | 1,710.00 |
| | | (7) 14" powercutters<br>in the field/on job site | | 5,039.70 |
| | | Mayco Concrete Pump<br>1133 Baisden Rd., Jacksonville, FL | | 2,433.90 |
| | | (2) Light Towers S/N 2822 and 2647<br>1133 Baisden Rd., Jacksonville, FL | | 6,920.37 |
| | | generators<br>1133 Baisden Road<br>Jacksonville, FL 32218 | | 5,500.00 |
| | | cable pullers<br>1133 Baisden Road<br>Jacksonville, FL 32218 | | 30,000.00 |

In re   Ridenhour Concrete & Supply, Inc.                    Case No. _____
_____                              _____
            **Debtor**                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Weed Wackers<br>1133 Baisden Road<br>Jacksonville, FL 32218 | | 200.00 |
| | | eye washer<br>1133 Baisden Road<br>Jacksonville, FL 32218 | | 300.00 |
| | | arc welder<br>1133 Baisden Road<br>Jacksonville, FL 32218 | | 850.00 |
| | | floor jacks<br>1133 Baisden Road<br>Jacksonville, FL 32218 | | 200.00 |
| | | floor jacks<br>1133 Baisden Road<br>Jacksonville, FL 32218 | | 200.00 |
| | | portable fans<br>1133 Baisden Road<br>Jacksonville, FL 32218 | | 1,000.00 |
| | | motors<br>1133 Baisden Road<br>Jacksonville, FL 32218 | | 10,000.00 |
| | | shop press<br>1133 Baisden Road<br>Jacksonville, FL 32218 | | 3,000.00 |
| | | floor saws<br>1133 Baisden Road<br>Jacksonville, FL 32218 | | 2,000.00 |
| | | transmission jacks | | 200.00 |

In re   Ridenhour Concrete & Supply, Inc.                          Case No. _____
_____                                    _____
           **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 1133 Baisden Road<br>Jacksonville, FL 32218 | | |
| | | engine stand<br>1133 Baisden Road<br>Jacksonville, FL 32218 | | 200.00 |
| | | power washer<br>1133 Baisden Road<br>Jacksonville, FL 32218 | | 350.00 |
| | | shop crane<br>1133 Baisden Road<br>Jacksonville, FL 32218 | | 1,200.00 |
| | | portable jack stand<br>1133 Baisden Road<br>Jacksonville, FL 32218 | | 200.00 |
| | | portable heater<br>1133 Baisden Road<br>Jacksonville, FL 32218 | | 2,500.00 |
| | | butane heater<br>1133 Baisden Road<br>Jacksonville, FL 32218 | | 300.00 |
| | | stand heater<br>1133 Baisden Road<br>Jacksonville, FL 32218 | | 150.00 |
| | | portable heater<br>1133 Baisden Road<br>Jacksonville, FL 32218 | | 200.00 |
| | | portable battery charger | | 400.00 |

In re   Ridenhour Concrete & Supply, Inc.                              Case No. _____
                **Debtor**                                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 1133 Baisden Road<br>Jacksonville, FL 32218 | | |
| | | cut saw | | 4,000.00 |
| | | 1133 Baisden Road<br>Jacksonville, FL 32218 | | |
| | | wacher | | 1,000.00 |
| | | 1133 Baisden Road<br>Jacksonville, FL 32218 | | |
| | | hammer drill | | 500.00 |
| | | 1133 Baisden Road<br>Jacksonville, FL 32218 | | |
| | | nail gun | | 500.00 |
| | | 1133 Baisden Road<br>Jacksonville, FL 32218 | | |
| | | laser | | 2,400.00 |
| | | 1133 Baisden Road<br>Jacksonville, FL 32218 | | |
| | | skill saw | | 250.00 |
| | | 1133 Baisden Road<br>Jacksonville, FL 32218 | | |
| | | grinder | | 200.00 |
| | | 1133 Baisden Road<br>Jacksonville, FL 32218 | | |
| | | Truck tool box 15 | | 5,250.00 |
| | | 1133 Baisden Rd.<br>Jacksonville, FL 32218 | | |
| | | Excavator #1205 | | 27,046.13 |

In re    Ridenhour Concrete & Supply, Inc.                              Case No. _____
_____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 99 Hialeah Dr.<br>Irmo, SC | | |
| 30.  Inventory. | | misc. tools in mobile mini storage<br>1415 Chamberlayne Pkwy<br>Richmond, CA 23222 | | 4,500.00 |
| | | misc. tools in mobile mini storage<br>2035 Felton Ave.<br>Macon, GA 31201 | | 5,000.00 |
| | | misc. tools in mobile mini storage<br>2030 Georgia Hwy.<br>Savannah, GA 31315 | | 2,500.00 |
| | | misc. tools in mobile mini storage<br>6914 Trenholm Rd.<br>Forest Acres, SC 29206 | | 7,150.00 |
| | | misc. tools in mobile mini storage<br>6073 W. Irlo Bronson Mem. Hwy.<br>Kissimmee, FL 34747 | | 6,250.00 |
| | | misc. tools in mobile mini storage<br>10800 Torino Drive<br>New Port Richey, FL 34655 | | 3,300.00 |
| | | misc. tools in mobile mini storage<br>904 Wando Park Blvd.<br>Mt. Pleasant, SC 29464 | | 1,350.00 |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |

_____ continuation sheets attached        Total        $

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-0280 - Adobe PDF

In re    Ridenhour Concrete & Supply, Inc.                          Case No. _____
_____
            **Debtor**                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | 0 | | 8,221,674.64 |

In re   Ridenhour Concrete & Supply, Inc.                          Case No. _____
_____
          **Debtor**                                                          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                        ☐  Check if debtor claims a homestead exemption that exceeds
                                                          $146,450*.
☐   11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**In re** _Ridenhour Concrete & Supply, Inc._____,     **Case No.** _____
                        **Debtor**                                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5891 <br><br> Coactiv Capital Partners, LLC <br> 655 Business Ctr. Dr., Ste 250 <br> Horsham, PA 19044 <br><br> VALUE $ 0.00 | | | Lien: PMSI in vehicle < 910 days <br> Security: 2011 A-K80 strong pump #1334 | | | | 52,847.39 | 52,847.39 |
| ACCOUNT NO. 4148 <br><br> Coactiv Capital Partners, LLC <br> 655 Business Ctr. Dr., Ste 250 <br> Horsham, PA 19044 <br><br> VALUE $ 69,154.20 | | | Lien: PMSI <br> Security: Two (2) 2010 T190 Bobcats #7008 and #7262 | | | | 54,884.24 | 0.00 |
| ACCOUNT NO. 0001 <br><br> Commerce Bank <br> PO Box 441647 <br> Kansas City, MO 64141 <br><br> VALUE $ 37,935.02 | | | Lien: PMSI in vehicle < 910 days <br> Security: 2009 Big Country RV #3378 | | | | 34,949.28 | 0.00 |

  _7_____ continuation sheets attached

Subtotal ▶ | $ 142,680.91 | $ 52,847.39
(Total of this page)

Total ▶ | $ | $
(Use only on last page)

(Report also on Summary of Schedules)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re    Ridenhour Concrete & Supply, Inc.                    ,          Case No. _____

                 **Debtor**                                                   **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3990<br><br>Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | | | Lien: PMSI in vehicle < 910 days<br>Security: 2008 Ford F350 #8666<br><br>VALUE $     20,000.00 | | | | 9,361.81 | 0.00 |
| ACCOUNT NO.<br><br>Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | | | Lien: PMSI in vehicle < 910 days<br>Security: 2011 Ford F150 #9078<br><br>VALUE $     32,812.61 | | | | 32,812.61 | 0.00 |
| ACCOUNT NO. 2744<br><br>Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | | | Lien: PMSI in vehicle < 910 days<br>Security: 2008 Ford F150 #6445<br><br>VALUE $     14,000.00 | | | | 10,835.82 | 0.00 |
| ACCOUNT NO. 3601<br><br>Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | | | Lien: PMSI in vehicle < 910 days<br>Security: 2008 Ford F150 #6610<br><br>VALUE $     22,899.77 | | | | 8,358.88 | 0.00 |
| ACCOUNT NO. 5040<br><br>Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | | | Lien: PMSI in vehicle < 910 days<br>Security: 2008 Ford F150 #2912<br><br>VALUE $     22,856.62 | | | | 8,343.22 | 0.00 |

Sheet no. 1 of 7 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s) $ 69,712.34    $
(Total(s) of this page)

Total(s) $    $
(Use only on last page)

                                        (Report also on     (If applicable, report
                                        Summary of Schedules)  also on Statistical
                                                      Summary of Certain
                                                      Liabilities and Related
                                                      Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re   Ridenhour Concrete & Supply, Inc.                    ,        Case No. _____
              **Debtor**                                                                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5518<br><br>Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | | | Lien: PMSI in vehicle < 910 days<br>Security: 2010 Ford Expedition #5077<br><br>VALUE $        48,060.44 | | | | 36,145.81 | 0.00 |
| ACCOUNT NO. 4402<br><br>Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | | | Lien: PMSI in vehicle < 910 days<br>Security: 2008 Ford F350 #0922<br><br>VALUE $        31,673.54 | | | | 19,343.86 | 0.00 |
| ACCOUNT NO. 4764<br><br>Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | | | Lien: PMSI in vehicle < 910 days<br>Security: 2008 Ford E350 van #0909<br><br>VALUE $        23,045.97 | | | | 13,143.89 | 0.00 |
| ACCOUNT NO. 1114<br><br>Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | | | Lien: PMSI in vehicle < 910 days<br>Security: 2010 Ford Ranger #4076 and 2010 Ford Ranger #4074<br><br>VALUE $        39,098.63 | | | | 31,858.13 | 0.00 |
| ACCOUNT NO. 1963<br><br>Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | | | Lien: PMSI in vehicle < 910 days<br>Security: 2008 Ford F150 #6296<br><br>VALUE $        24,623.55 | | | | 9,302.23 | 0.00 |

Sheet no. _2_ of _7_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | | |
|---|---|---|
| Subtotal (s)<br>(Total(s) of this page) | $  109,793.92 | $ |
| Total(s)<br>(Use only on last page) | $ | $ |
|  | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re   Ridenhour Concrete & Supply, Inc.     ,        Case No. _____

        **Debtor**                                                        **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3754<br><br>Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | | | Lien: PMSI in vehicle < 910 days<br>Security: 2008 Ford F150 #4332<br><br>VALUE $    24,623.55 | | | | 9,302.23 | 0.00 |
| ACCOUNT NO. 5839<br><br>Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | | | Lien: PMSI in vehicle < 910 days<br>Security: 2011 Ford F150 #4129<br><br>VALUE $    32,279.10 | | | | 31,425.26 | 0.00 |
| ACCOUNT NO. 5907<br><br>Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | | | Lien: PMSI in vehicle < 910 days<br>Security: 2011 Ford F150 #3930<br><br>VALUE $    29,081.98 | | | | 28,312.72 | 0.00 |
| ACCOUNT NO. 5913<br><br>Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | | | Lien: PMSI in vehicle < 910 days<br>Security: 2011 Ford F150 #2545<br><br>VALUE $    27,948.15 | | | | 28,312.72 | 364.57 |
| ACCOUNT NO. 7920<br><br>Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | | | Lien: PMSI in vehicle < 910 days<br>Security: 2009 Ford F150 #2133<br><br>VALUE $    31,440.74 | | | | 22,204.84 | 0.00 |

Sheet no. 5 of 7 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                               Subtotal (s)    $   119,557.77    $
                      (Total(s) of this page)
                                  Total(s)    $               $
                     (Use only on last page)

                                       (Report also on     (If applicable, report
                                       Summary of Schedules)  also on Statistical
                                                          Summary of Certain
                                                          Liabilities and Related
                                                            Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re __Ridenhour Concrete & Supply, Inc._____,       Case No. _____

           **Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5770 <br><br> Ford Credit <br> PO Box 650575 <br> Dallas, TX 75265 | | | Lien: PMSI in vehicle < 910 days <br> Security: 2011 Ford F150 #8329 <br><br><br> VALUE $      32,399.60 | | | | 31,542.58 | 0.00 |
| ACCOUNT NO. 2735 <br><br> Ford Credit <br> PO Box 650575 <br> Dallas, TX 75265 | | | Lien: PMSI in vehicle < 910 days <br> Security: 2008 Ford F150 #7926 <br><br><br> VALUE $      35,230.95 | | | | 10,781.57 | 0.00 |
| ACCOUNT NO. 2997 <br><br> Ford Credit <br> PO Box 650575 <br> Dallas, TX 75265 | | | Lien: PMSI in vehicle < 910 days <br> Security: 2008 Ford F150 #9065 <br><br><br> VALUE $      21,425.72 | | | | 9,909.17 | 0.00 |
| ACCOUNT NO. 3786 <br><br> Ford Credit <br> PO Box 650575 <br> Dallas, TX 75265 | | | Lien: PMSI in vehicle < 910 days <br> Security: 2008 Ford F150 #9092 <br><br><br> VALUE $      21,497.80 | | | | 9,942.30 | 0.00 |
| ACCOUNT NO. 6204 <br><br> Ford Credit <br> PO Box 650575 <br> Dallas, TX 75265 | | | Lien: PMSI in vehicle < 910 days <br> Security: 2008 Ford F150 #4552 <br><br><br> VALUE $      24,556.95 | | | | 9,277.07 | 0.00 |

Sheet no. __4__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)   $   71,452.69   $
(Total(s) of this page)

Total(s)   $     $
(Use only on last page)

(Report also on     (If applicable, report
Summary of Schedules)    also on Statistical
                                     Summary of Certain
                                     Liabilities and Related
                                     Data.)

In re     Ridenhour Concrete & Supply, Inc.                    ,          Case No. _____

          **Debtor**                                                              **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5945<br><br>Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | | | Lien: PMSI in vehicle < 910 days<br>Security: 2008 Ford F250 #2435<br><br>VALUE $      37,339.34 | | | | 9,215.86 | 0.00 |
| ACCOUNT NO. 3153<br><br>Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | | | Lien: PMSI in vehicle < 910 days<br>Security: 2008 Ford F350 #2201<br><br>VALUE $      35,230.95 | | | | 14,092.38 | 0.00 |
| ACCOUNT NO. 2534<br><br>Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | | | Lien: PMSI in vehicle < 910 days<br>Security: 2008 Ford F150 #7819<br><br>VALUE $      21,018.33 | | | | 9,720.42 | 0.00 |
| ACCOUNT NO. 2164<br><br>Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | | | Lien: PMSI in vehicle < 910 days<br>Security: 2008 Ford F150 #9856<br><br>VALUE $      25,547.41 | | | | 11,815.36 | 0.00 |
| ACCOUNT NO. -001<br><br>GE Capital<br>PO Box 536447<br>Atlanta, GA 30353 | | | Lien: PMSI<br>Security: Skid Steer Loader #0898<br><br>VALUE $      22,867.76 | | | | 4,589.95 | 0.00 |

Sheet no. 5 of 7 continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                   Subtotal (s)    $    49,433.97    $
         (Total(s) of this page)

                     Total(s)    $           $
       (Use only on last page)

                            (Report also on     (If applicable, report
                            Summary of Schedules)  also on Statistical
                                        Summary of Certain
                                        Liabilities and Related
                                        Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re   Ridenhour Concrete & Supply, Inc.         ,        Case No. _____

          **Debtor**                                                  **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. _001<br><br>GE Capital<br>PO Box 536447<br>Atlanta, GA 30353 | | | Lien: PMSI<br>Security: Three (3) Bobcat T180s #2257, #2256, #1569; One (1) Bobcat Excavator #4051 | | | | 18,150.62 | 0.00 |
| | | | VALUE $     94,500.00 | | | | | |
| ACCOUNT NO. _002<br><br>GE Capital<br>PO Box 536447<br>Atlanta, GA 30353 | | | Lien: PMSI<br>Security: Two (2) T190 Bobcat Track Loaders, Two (2) E35 ZTS Bobcat Excavators | | | | 165,576.19 | 7,721.20 |
| | | | VALUE $    157,854.99 | | | | | |
| ACCOUNT NO. _001<br><br>GE Capital<br>PO Box 536447<br>Atlanta, GA 30353 | | | Lien: PMSI<br>Security: Track Loader #2403 | | | | 4,835.84 | 0.00 |
| | | | VALUE $    30,498.82 | | | | | |
| ACCOUNT NO. 2967<br><br>SunTrust Bank<br>PO Box 305053<br>Nashville, TN 37230 | | | Lien: PMSI in vehicle < 910 days<br>Security: 2008 Lincoln Navigator | | | | 14,442.43 | 0.00 |
| | | | VALUE $    44,884.79 | | | | | |
| ACCOUNT NO. 3917<br><br>SunTrust Bank<br>PO Box 305053<br>Nashville, TN 37230 | | | Lien: PMSI in vehicle < 910 days<br>Security: 2011 Dodge 3500 truck #7988 | | | | 47,149.10 | 0.00 |
| | | | VALUE $    49,344.58 | | | | | |

Sheet no.  6  of  7  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (s)
(Total(s) of this page)   $  250,154.18   | $

Total(s)
(Use only on last page)   $       | $

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re   Ridenhour Concrete & Supply, Inc.      ,         Case No. _____

        **Debtor**                                                **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. -000 <br><br> TD Auto Finance <br> PO Box 9001888 <br> 6716 Grade Ln., Bldg 9, Ste. 910 <br> Louisville, KY 40290-1888 | | | Lien: PMSI in vehicle < 910 days <br> Security: Four (4) 2007 Dodge Trucks #3694, #7287, #0727, #3346 <br><br> VALUE $      25,200.00 | | | | 21,438.43 | 0.00 |
| ACCOUNT NO. -000 <br><br> TD Auto Finance <br> PO Box 9001888 <br> 6716 Grade Ln., Bldg 9, Ste. 910 <br> Louisville, KY 40290-1888 | | | Lien: PMSI in vehicle < 910 days <br> Security: Three (3) 2007 Dodge trucks #3919, #9032, #9031 <br><br> VALUE $      45,000.00 | | | | 9,912.97 | 0.00 |
| ACCOUNT NO. 1675 <br><br> US Bank <br> PO Box 790179 <br> St. Louis, MO 63179 | | | Lien: PMSI in vehicle < 910 days <br> Security: 2007 Prowler RV #5078 <br><br> VALUE $      26,337.61 | | | | 27,198.01 | 860.40 |
| ACCOUNT NO. 2107 <br><br> Wells Fargo <br> 7711 Plantation Road <br> Roanoke, VA 24019-3224 | | | Lien: blanket security interest <br> Security: Line of credit secured by all commercial property, receivables, etc <br><br> VALUE $      7,276,488.91 | | | | 760,000.00 | 0.00 |
| ACCOUNT NO. 2370 <br><br> Wells Fargo Financial <br> 300 Tri-State International, #400 <br> Lincolnshire, IL 60069 | | | Lien: PMSI in vehicle < 910 days <br> Security: (2) 2010 E35 and (1) T190 Bobcats #3205, #1307 and #7144 <br><br> VALUE $      101,197.80 | | | | 80,315.72 | 0.00 |

Sheet no. _/_ of _/_ continuation sheets attached to Schedule of Creditors Holding Secured Claims

                                      Subtotal (s) | $ 898,865.13 | $     860.40
(Total(s) of this page)

                                      Total(s) | $ 1,711,650.91 | $ 61,793.56
(Use only on last page)

(Report also on Summary of Schedules)        (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re ___Ridenhour Concrete & Supply, Inc._____,   Case No._____
                           Debtor                                                       (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐   **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑   **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re     Ridenhour Concrete & Supply, Inc.                                            ,          Case No._____
                                    Debtor                                                                                          (if known)


☐     **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).


☐     **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).


☐     **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).


☐     **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).


☐     **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).


    *Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

____2____  **continuation sheets attached**

In re  Ridenhour Concrete & Supply, Inc. _____,     Case No. _____
                                          **Debtor**                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)     Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above..*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Ansoni Torres <br> 4941 East Way Dr. <br> Apopka, FL 32712 | | | Consideration: Revolving Credit Card debt | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br><br> Daniel Suarez <br> 4941 East Way Dr. <br> Apopka, FL 32712 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br><br> Edward Card <br> 4941 East Way Dr. <br> Apopka, FL 32712 | | | | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. <br><br> Leonel Suarez <br> 4941 East Way Dr. <br> Apopka, FL 32712 | | | | | | | Unknown | Unknown | Unknown |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal ► (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total ► (Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ | | |
| Totals ► (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ | $ |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re  Ridenhour Concrete & Supply, Inc._____,     Case No. _____
                        **Debtor**                                                      **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)     Sec. 507(a)(4)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Soqerino Ramirez Antonio Leyva<br>4941 East Way Dr.<br>Apopka, FL 32712 | | | Consideration:<br>Revolving Credit<br>Card debt | | | | Unknown | Unknown | Unknown |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __2__ of __2__ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotal<br>(Totals of this page) | $      0.00 | $ | $ |
| Total<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $      0.00 | | |
| Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $      0.00 | $      0.00 |

In re ___Ridenhour Concrete & Supply, Inc._____,        Case No. _____
                       **Debtor**                                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

      State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

      Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

      ☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Admirals Walk Condominium Assoc.<br>5751 Soldier Circle<br>Sarasota, FL 34233 | | | pending litigation | | | | Unknown |
| ACCOUNT NO.<br><br>Admirals Walk Condominium Assoc.<br>c/o Salvatore G. Scro, Esq.<br>1680 Fruitville Rd., #102<br>Sarasota, FL 34236 | | | | | | | Notice Only |
| ACCOUNT NO.<br><br>Ambling Construction<br>348 Enterprise Drive<br>Valdosta, GA 31601 | | | uncompleted project | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Ambling Construction Co<br>348 Enterprise Drive<br>Valdosta, GA 31601 | | | completed project - see executory contracts list | X | X | X | Unknown |

    ___15___continuation sheets attached                  Subtotal ➤    $           0.00

                                                             Total ➤    $

                        (Use only on last page of the completed Schedule F.)
           (Report also on Summary of Schedules and, if applicable, on the Statistical
                  Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re  Ridenhour Concrete & Supply, Inc.                ,          Case No. _____
              **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7006<br><br>American Express<br>PO Box 650448<br>Dallas, TX 75265 | X | | Consideration: Revolving Credit Card debt | | | | 7,342.14 |
| ACCOUNT NO.  5007<br><br>American Express<br>PO Box 650448<br>Dallas, TX 75265 | X | | Consideration: Revolving Credit Card debt | | | | 12,927.51 |
| ACCOUNT NO.  6004<br><br>American Express<br>PO Box 650448<br>Dallas, TX 75265 | X | | Consideration: Revolving Credit Card debt | | | | 2,069.13 |
| ACCOUNT NO.  1014<br><br>American Express<br>PO Box 650448<br>Dallas, TX 75265 | | | Consideration: Revolving Credit Card debt | | | | 29,565.50 |
| ACCOUNT NO.<br><br>Bacar Construction<br>912 8th Ave. South<br>Nashville, TN 37203 | | | completed project - see executory contracts list | X | X | X | Unknown |

Sheet no.  1  of  15  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $  51,904.28

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re  Ridenhour Concrete & Supply, Inc.                    ,          Case No. _____
_____
**Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Bainbridge Construction, LLC <br> 12765 W Forest Hills Blvd. #1307 <br> Wellington, FL 33414 | | | completed project - see executory contracts list | X | X | X | Unknown |
| ACCOUNT NO. <br><br> Balfour Beatty Construction, LLC <br> 600 Galleria Pkwy, Ste. 1800 <br> Atlanta, GA 30339 | | | uncompleted project | X | X | X | Unknown |
| ACCOUNT NO. <br><br> Balfour Beatty Construction, LLC <br> 600 Galleria Pkwy, Ste. 1800 <br> Atlanta, GA 30339 | | | completed project - see executory contracts list | X | X | X | Unknown |
| ACCOUNT NO.  2041 <br><br> Bank of America <br> PO Box 15796 <br> Wilmington, DE 19886 | X | | Consideration: Revolving Credit Card debt | | | | 524.27 |
| ACCOUNT NO.  2998 <br><br> Bank of America <br> PO Box 15796 <br> Wilmington, DE 19886 | X | | Consideration: Revolving Credit Card debt | | | | 45.99 |

Sheet no.  2   of  15   continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 570.26

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re  Ridenhour Concrete & Supply, Inc.                    ,        Case No. _____
                  **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7290<br><br>Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 | X | | Consideration: Revolving Credit Card debt | | | | 1,989.30 |
| ACCOUNT NO.  5871<br><br>Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 | X | | Consideration: Revolving Credit Card debt | | | | 0.00 |
| ACCOUNT NO.  4215<br><br>Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 | X | | Consideration: Revolving Credit Card debt | | | | 700.25 |
| ACCOUNT NO.  5583<br><br>Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 | | | Consideration: Revolving Credit Card debt | | | | 750.77 |
| ACCOUNT NO.  4794<br><br>Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 | X | | Consideration: Revolving Credit Card debt | | | | 2,046.51 |

Sheet no.  3  of  15  continuation sheets attached
to Schedule of  Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤     $     5,486.83

Total ➤     $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re  Ridenhour Concrete & Supply, Inc.                    ,          Case No. _____
           **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9084 <br><br> Bank of America <br> PO Box 15796 <br> Wilmington, DE 19886 | X | | Consideration: Revolving Credit Card debt | | | | 8,410.89 |
| ACCOUNT NO.  6880 <br><br> Bank of America <br> PO Box 15796 <br> Wilmington, DE 19886 | X | | Consideration: Revolving Credit Card debt | | | | 0.00 |
| ACCOUNT NO.  4802 <br><br> Bank of America <br> PO Box 15796 <br> Wilmington, DE 19886 | X | | Consideration: Revolving Credit Card debt | | | | 0.00 |
| ACCOUNT NO.  1667 <br><br> Bank of America <br> PO Box 15796 <br> Wilmington, DE 19886 | X | | Consideration: Revolving Credit Card debt | | | | 375.86 |
| ACCOUNT NO.  4795 <br><br> Bank of America <br> PO Box 15796 <br> Wilmington, DE 19886 | X | | Consideration: Revolving Credit Card debt | | | | 93.97 |

Sheet no.  4  of  15  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $   8,880.72

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re  Ridenhour Concrete & Supply, Inc.                    ,          Case No. _____
         **Debtor**                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3873 <br><br> Bank of America <br> PO Box 15796 <br> Wilmington, DE 19886 | X | | Consideration: Revolving Credit Card debt | | | | 2,637.00 |
| ACCOUNT NO.  0299 <br><br> Bank of America <br> PO Box 15796 <br> Wilmington, DE 19886 | | | Consideration: Revolving Credit Card debt | | | | -100.00 |
| ACCOUNT NO.  2539 <br><br> Bank of America <br> PO Box 15796 <br> Wilmington, DE 19886 | X | | Consideration: Revolving Credit Card debt | | | | |
| ACCOUNT NO.  5389 <br><br> Bank of America <br> PO Box 15796 <br> Wilmington, DE 19886 | X | | Consideration: Revolving Credit Card debt | | | | 235.43 |
| ACCOUNT NO. <br><br> C.F. Evans Construction <br> 125 Regional Pkwy, Ste. 200 <br> Orangeburg, SC 29118 | | | uncompleted project | X | X | X | Unknown |

Sheet no.  5  of  15  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 2,772.43

Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re  Ridenhour Concrete & Supply, Inc.                ,          Case No. _____
        **Debtor**                                                            **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Camden Development 3 Greenway Plaza, Ste. 1300 Houston, TX 77046 | | | uncompleted project | X | X | X | Unknown |
| ACCOUNT NO. Camden Development 3 Greenway Plaza, Ste. 1300 Houston, TX 77046 | | | completed project - see executory contracts list | X | X | X | Unknown |
| ACCOUNT NO. Campus Crest Construction 2100 Rexford Rd., Ste. 414 Charlotte, NC 28211 | | | completed project - see executory contracts list | X | X | X | Unknown |
| ACCOUNT NO. 8098 Capital One PO Box 71083 Charlotte, NC 28272 | | | Consideration: Revolving Credit Card debt | | | | Unknown |
| ACCOUNT NO. Capstone Building Corp. 3415 Independence Dr. Birmingham, AL 35209 | | | | X | X | X | Unknown |

Sheet no.  6  of  15  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 0.00

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re  Ridenhour Concrete & Supply, Inc.                    ,          Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Catamount Constructors, Inc.<br>10 Mansell Ct. East, Ste. 150<br>Roswell, GA 30076 | | | completed project - see executory contracts list | X | X | X | Unknown |
| ACCOUNT NO.<br><br>CF Jordan Constructions<br>9639 Greenville Avenue<br>Dallas, TX 75243 | | | uncompleted project | X | X | X | Unknown |
| ACCOUNT NO.<br><br>CFE Construction Services<br>125 Regional Parkway, Ste. 200<br>Orangeburg, SC 29118 | | | uncompleted project | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Christopher T. Hill, Esq.<br>Hill, Rugh, Keller & Main, PL<br>390 N. Ornage Ave., Suite 1610<br>Orlando, FL 32801 | | | debtor's local attorney | | | | Notice Only |
| ACCOUNT NO.<br><br>Construction Enterprises, Inc.<br>325 Seabord Lane, Ste. 170<br>Franklin, TN 37067 | | | | X | X | X | Unknown |

Sheet no. __7__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                 0.00

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re <u>Ridenhour Concrete & Supply, Inc.</u> ,          Case No. _____
           **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| CORE Construction Svcs. of FL 6320 Tower Lane Sarasota, FL 34240 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | uncompleted project | | | | |
| Debartolo Construction Svcs. 4401 West Kennedy Blvd. 3rd Floor Tampa, FL 33602 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | uncompleted project | | | | |
| Doster Construction Co. Inc. 2100 International Park Dr. Birmingham, AL 35243 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | | | | | |
| Elledge, David 7801 Point Meadows Dr. Jacksonville, FL 32250 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | uncompleted project | | | | |
| Epoch Properties, Inc. 359 Carolina Ave., Ste. 200 Winter Park, FL 32789 | | | | X | X | X | Unknown |

Sheet no. <u>8</u> of <u>15</u> continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $ 0.00

Total ► $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re  Ridenhour Concrete & Supply, Inc.                    ,          Case No. _____
            **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FaverGray<br>3652 S. Third St., Ste. 200<br>Jacksonville Bch. FL 32250 | | | uncompleted project | X | X | X | Unknown |
| ACCOUNT NO.<br><br>FaverGray<br>3652 S. Third St., Ste. 200<br>Jacksonville Bch. FL 32250 | | | | X | X | X | Unknown |
| ACCOUNT NO.<br><br>First Florida<br>1533 Sunset Drive, Ste. 150<br>Miami, FL 33143 | | | completed project - see executory contracts list | X | X | X | Unknown |
| ACCOUNT NO.<br><br>First Florida<br>1534 Sunset Drive, Ste. 150<br>Miami, FL 33143 | | | | X | X | X | Unknown |
| ACCOUNT NO.  5006<br><br>Florida First Finance Corp.<br>1351 N. Gadsden St.<br>Tallahassee, FL 32303 | | | guaranty of RCS Holdings, LLC | | | | 853,799.20 |

Sheet no.  9  of  15  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $   853,799.20

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re ___Ridenhour Concrete & Supply, Inc._____,        Case No. _____
                              **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Flournoy Construction Co. <br> PO Box 6566 <br> Columbua, GA 31917 | | | | X | X | X | Unknown |
| ACCOUNT NO. 5876 <br><br> Home Depot Credit Services <br> PO Box 9055 <br> Des Moines, IA 50368 | | | Consideration: Revolving Credit Card debt | | | | 6,898.20 |
| ACCOUNT NO. 17 1 <br><br> Key Equipment Finance <br> 11030 Circle Pointe Rd., 2nd Flr <br> Westminster, CO | | | guaranty of RCS Pumping, LLC | | | | 132,116.03 |
| ACCOUNT NO. 17 2 <br><br> Key Equipment Finance <br> 11030 Circle Pointe Rd., 2nd Flr <br> Westminster, CO | | | guaranty of RCS Pumping, LLC | | | | 147,892.66 |
| ACCOUNT NO. 1604 <br><br> Lowe's Commercial Services <br> PO Box 530954 <br> Atlanta, GA 30353 | | | Consideration: Revolving Credit Card debt | | | | 1,471.33 |

Sheet no. __10__ of __15__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 288,378.22

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re  Ridenhour Concrete & Supply, Inc.          ,          Case No. _____
           **Debtor**                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9304<br><br>Marriot Rewards<br>PO Box 15153<br>Wilmington, DE 19886 | | | Consideration: Revolving Credit Card debt | | | | 144.02 |
| ACCOUNT NO.<br><br>McCrory Construction Co.<br>1280 Assembly St.<br>Columbia, SC 29202 | | | uncompleted project | X | X | X | Unknown |
| ACCOUNT NO.<br><br>McShane Construction Co<br>1943 S. College St., Ste. A<br>Auburn, AL 36832 | | | uncompleted project | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Norsouth Construction Co.<br>329 Commercial Dr., Ste. 110<br>Savannah, GA 31406 | | | uncompleted projects | X | X | X | Unknown |
| ACCOUNT NO.<br><br>Oxford Place at Tampa Palms Condominium Assoc.<br>5125 Palm Springs Boulevard<br>Tampa, FL 33647 | | | pending litigation | | | | Unknown |

Sheet no.  11  of  15  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 144.02
Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  Ridenhour Concrete & Supply, Inc.                    ,          Case No. _____
          **Debtor**                                                                      **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| Oxford Place at Tampa Palms Condominium Assoc. c/o Becker & Poliakoff Emerald Lake Corporate Park 3111 Stirling Rd. Ft. Lauderdale, FL 33312-6525 | | | | | | | Notice Only |
| ACCOUNT NO. | | | | | | | |
| Performance Construction 337 Cahaba River Park Birmingham, AL 35243 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | Consideration: Medical Services | | | | |
| Roger B. Kennedy, Inc. 1105 Kensington Park Dr. Altamonte Springs, FL 32714 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | | | | | |
| Sterling Construction Corp. 3900 Edison Lakes Pkwy Ste. 201 Mishawaka, IN 46545 | | | | X | X | X | Unknown |
| ACCOUNT NO. | | | | | | | |
| Steven B. Lesser, Esq. Becker & Poliakoff 3111 Stirling Rd. Ft. Lauderdale, FL 33312 | | | | | | | Notice Only |

Sheet no.  12  of  15  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤   $              0.00

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re ___Ridenhour Concrete & Supply, Inc._____,     Case No. _____
          **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Summit Contracting Group, Inc. <br>6877 Phillips Industrial Blvd. <br>Jacksonville, FL 32256 | | | uncompleted project | X | X | X | Unknown |
| ACCOUNT NO. 8428 <br><br>SunTrust Bank <br>PO Box 79079 <br>Baltimore, MD 21279 | | | guaranty of RCS Holdings, LLC (real estate) | | | | 1,074,339.87 |
| ACCOUNT NO. 3881 <br><br>SunTrust Bank <br>PO Box 79079 <br>Baltimore, MD 21279 | | | guaranty of RCS Investments, LLC | | | | 292,590.73 |
| ACCOUNT NO. <br><br>TDK Construction Co. Inc. <br>1610 S. Church St., Ste C. <br>Murfreesboro, TN 37130 | | | completed project - see executory contracts list | X | X | X | Unknown |
| ACCOUNT NO. 3512 <br><br>United Millage Plus <br>PO Box 15153 <br>Wilmington, DE 19886 | | | Consideration: Revolving Credit Card debt | | | | 384.78 |

Sheet no. 13 of 15 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► | $ | 1,367,315.38
Total ► | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re  Ridenhour Concrete & Supply, Inc.                    ,          Case No. _____
              **Debtor**                                                                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Vizor-Alderson, LLC <br> 2107 W. 3rd Street <br> Bloomington, IN 47404 | | | | X | X | X | Notice Only |
| ACCOUNT NO. <br><br> Walker & Company <br> 931 Pennsylvania Ave. <br> Winter Park, FL 32789 | | | uncompleted project | X | X | X | Unknown |
| ACCOUNT NO.  3447 <br><br> Wells Fargo <br> PO Box 348750 <br> Sacramento, CA 95834 | X | | secured by principal's home | | | | 171,988.54 |
| ACCOUNT NO.  7158 <br><br> Wells Fargo <br> PO Box 6426 <br> Carol Stream, IL 60197 | X | | Consideration: Revolving Credit Card debt | | | | 4,336.39 |
| ACCOUNT NO. <br><br> Winter Park Construction <br> 221 Circle Drive <br> Maitland, FL 32751 | | | | X | X | X | Unknown |

Sheet no.  14  of  15  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 176,324.93

Total ➤ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re ___Ridenhour Concrete & Supply, Inc._____,         Case No. _____
                        **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Winter Park Construction <br> 221 Circle Drive <br> Maitland, FL 32751 | | | | X | X | X | Notice Only |
| ACCOUNT NO. <br><br> Wolgast Corporation <br> 4835 Towne Centre Rd., Ste. 203 <br> Saginaw, MI 48604 | | | completed project - see executory contracts list | X | X | X | Unknown |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __15__ of __15__ continuation sheets attached                                 Subtotal ▶  $                    0.00
to Schedule of Creditors Holding Unsecured
Nonpriority Claims                                                                                        Total ▶  $        2,755,576.27

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re  Ridenhour Concrete & Supply, Inc.                    Case No. _____
_____
            **Debtor**                                                                                    **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

      Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Sterling Construction Corp.<br>3900 Edison Lakes Pkwy Ste. 201<br>Mishawaka, IN 46545 | Subcontract dated 10/21/11. |
| Doster Construction Co. Inc.<br>2100 International Park Dr.<br>Birmingham, AL 35243 | Subcontract dated 6/2/11<br><br>Subcontract dated 2/24/11 |
| Balfour Beatty Construction, LLC<br>600 Galleria Pkwy, Ste. 1800<br>Atlanta, GA 30339 | Numerous subcontracts in 2008 - 2011 |
| CORE Construction Svcs. of FL<br>6320 Tower Lane<br>Sarasota, FL 34240 | Subcontract dated 12/28/10 |
| Bacar Construction<br>912 8th Ave. South<br>Nashville, TN 37203 | Subcontract dated 9/28/11<br><br>Subcontract dated 4/15/11 |
| TDK Construction Co. Inc.<br>1610 S. Church St., Ste C.<br>Murfreesboro, TN 37130 | Subcontract dated 2/15/11 |
| FaverGray<br>3652 S. Third St., Ste. 200<br>Jacksonville Bch. FL 32250 | Subcontract dated 9/9/10 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re Ridenhour Concrete & Supply, Inc.
_____
**Debtor**

Case No. _____
(if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Ambling Construction<br>348 Enterprise Drive<br>Valdosta, GA 31601 | Subcontract dated 4/12/10 |
| Ambling Construction<br>348 Enterprise Drive<br>Valdosta, GA 31601 | Subcontract dated 8/3/10 |
| Campus Crest Construction<br>2100 Rexford Rd., Ste. 414<br>Charlotte, NC 28211 | Subcontract dated 2/10/11 |
| CFE Construction Services<br>125 Regional Parkway, Ste. 200<br>Orangeburg, SC 29118 | Subcontract dated 8/15/11 |
| Walker & Company<br>931 Pennsylvania Ave.<br>Winter Park, FL 32789 | Subcontract dated 6/17/11<br>subcontract dated 7/9/11 |
| McShane Construction Co<br>1943 S. College St., Ste. A<br>Auburn, AL 36832 | subcontract dated 9/14/10 |
| FaverGray<br>3652 S. Third St., Ste. 200<br>Jacksonville Bch. FL 32250 | subcontract dated 8/23/11<br>subcontract dated 5/18/10 |
| TDK Construction Co. Inc.<br>1610 S. Church St., Ste C.<br>Murfreesboro, TN 37130 | subcontract dated 10/9/10<br>subcontract dated 7/1/10 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re  Ridenhour Concrete & Supply, Inc.
_____
         **Debtor**

Case No. _____
                      **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Catamount Constructors, Inc.<br>10 Mansell Ct. East, Ste. 150<br>Roswell, GA 30076 | subcontract dated 6/8/10 |
| Construction Enterprises, Inc.<br>325 Seabord Lane, Ste. 170<br>Franklin, TN 37067 | subcontract dated 5/21/10 |
| Camden Development<br>3 Greenway Plaza, Ste. 1300<br>Houston, TX 77046 | subcontract dated 6/23/11<br>subcontract dated 9/26/11<br>subcontract dated 9/28/11 |
| Bainbridge Construction, LLC<br>12765 W Forest Hills Blvd. #1307<br>Wellington, FL 33414 | subcontract dated 1/24/11 |
| Epoch Properties, Inc.<br>359 Carolina Ave., Ste. 200<br>Winter Park, FL 32789 | subcontract dated 7/6/11 |
| Wolgast Corporation<br>4835 Towne Centre Rd., Ste. 203<br>Saginaw, MI 48604 | subcontract dated 11/1/10 |
| Roger B. Kennedy, Inc.<br>1105 Kensington Park Dr.<br>Altamonte Springs, FL 32714 | subcontract dated 12/28/10 |
| Flournoy Construction Co.<br>PO Box 6566<br>Columbus, GA 31917 | subcontract dated 10/6/11 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

In re  Ridenhour Concrete & Supply, Inc.                    Case No. _____
_____
            **Debtor**                                                      **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Capstone Building Corp.<br>3415 Independence Dr.<br>Birmingham, AL 35209 | subcontract dated 9/12/11 |
| Summit Contracting Group, Inc.<br>6877 Phillips Industrial Blvd.<br>Jacksonville, FL 32256 | subcontract dated 11/19/10<br>subcontract dated 8/18/11<br>subcontract dated 11/29/10 |
| First Florida<br>1533 Sunset Drive, Ste. 150<br>Miami, FL 33143 | subcontract dated 11/5/10<br>subcontract dated 2/8/11 |
| Camden Development<br>3 Greenway Plaza, Ste. 1300<br>Houston, TX 77046 | subcontract dated unknown |
|  |  |
|  |  |
|  |  |
|  |  |

In re   Ridenhour Concrete & Supply, Inc.                                Case No. _____
              **Debtor**                                                                        **(if known)**

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Ricky Ridenhour<br>14058 Mt. Pleasant Rd.<br>Jacksonville, FL 32225 | American Express<br>PO Box 650448<br>Dallas, TX 75265 |
| Ricky Ridenhour<br>14058 Mt. Pleasant Rd.<br>Jacksonville, FL 32225 | American Express<br>PO Box 650448<br>Dallas, TX 75265 |
| Ricky Ridenhour<br>14058 Mt. Pleasant Rd.<br>Jacksonville, FL 32225 | American Express<br>PO Box 650448<br>Dallas, TX 75265 |
| Ricky Ridenhour<br>14058 Mt. Pleasant Rd.<br>Jacksonville, FL 32225 | Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 |
| Ricky Ridenhour<br>14058 Mt. Pleasant Rd.<br>Jacksonville, FL 32225 | Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 |
| Ricky Ridenhour<br>14058 Mt. Pleasant Rd.<br>Jacksonville, FL 32225 | Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 |
| Ricky Ridenhour<br>14058 Mt. Pleasant Rd.<br>Jacksonville, FL 32225 | Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 |
| Ricky Ridenhour<br>14058 Mt. Pleasant Rd.<br>Jacksonville, FL 32225 | Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 |

**In re** Ridenhour Concrete & Supply, Inc.      **Case No.** _____
      **Debtor**                                                       **(if known)**

<h1 align="center">SCHEDULE H - CODEBTORS</h1>
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Ricky Ridenhour<br>14058 Mt. Pleasant Rd.<br>Jacksonville, FL 32225 | Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 |
| Ricky Ridenhour<br>14058 Mt. Pleasant Rd.<br>Jacksonville, FL 32225 | Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 |
| Ricky Ridenhour<br>14058 Mt. Pleasant Rd.<br>Jacksonville, FL 32225 | Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 |
| Ricky Ridenhour<br>14058 Mt. Pleasant Rd.<br>Jacksonville, FL 32225 | Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 |
| Ricky Ridenhour<br>14058 Mt. Pleasant Rd.<br>Jacksonville, FL 32225 | Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 |
| Ricky Ridenhour<br>14058 Mt. Pleasant Rd.<br>Jacksonville, FL 32225 | Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 |
| Ricky Ridenhour<br>14058 Mt. Pleasant Rd.<br>Jacksonville, FL 32225 | Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 |
| Ricky Ridenhour<br>14058 Mt. Pleasant Rd.<br>Jacksonville, FL 32225 | Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 |
| Ricky Ridenhour<br>14058 Mt. Pleasant Rd.<br>Jacksonville, FL 32225 | Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 |
| Ricky Ridenhour<br>14058 Mt. Pleasant Rd.<br>Jacksonville, FL 32225 | Wells Fargo<br>PO Box 6426<br>Carol Stream, IL 60197 |

**In re** Ridenhour Concrete & Supply, Inc. _____     **Case No.** _____
          **Debtor**                                                    **(if known)**

# SCHEDULE H - CODEBTORS
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Ricky Ridenhour<br>14058 Mt. Pleasant Rd.<br>Jacksonville, FL 32225 | Wells Fargo<br>PO Box 348750<br>Sacramento, CA 95834 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

**UNITED STATES BANKRUPTCY COURT**
**Middle District of Florida**

In re: _____

Case No. _____
Chapter _____

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income For 12 Months Prior to Filing:    $20,996,442.98

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:    $ 1,650,331.36

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

    3. Net Employee Payroll (Other Than Debtor)    $ 439,351.29
    4. Payroll Taxes    32,618.68
    5. Unemployment Taxes    537.20
    6. Worker's Compensation    9,751.50
    7. Other Taxes    518.00
    8. Inventory Purchases (Including raw materials)    0
    9. Purchase of Feed/Fertilizer/Seed/Spray    0
    10. Rent (Other than debtor's principal residence)    0
    11. Utilities    5,224.11
    12. Office Expenses and Supplies    1,971.19
    13. Repairs and Maintenance    40,624.55
    14. Vehicle Expenses    26,750.64
    15. Travel and Entertainmen    3,770.19
    16. Equipment Rental and Leases    21,887.58
    17. Legal/Accounting/Other Professional Fees    3,490.50
    18. Insurance    11,975.92
    19. Employee Benefits (e.g., pension, medical, etc.)    0
    20. Payments to Be Made Directly By Debtor to Secured Creditors For
         Pre-Petition Business Debts (Specify):    38,081.70

    21. Other (Specify):

    Materials, Subcontractors, housing & hedging    1339,065.94

    22. Total Monthly Expenses (Add items 3 - 21)    $ 1,975,618.49

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)    $ -325,287.13

# United States Bankruptcy Court
## Middle District of Florida

In re  Ridenhour Concrete & Supply, Inc.
_____
Debtor

Case No. _____

Chapter    7    _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $          0.00 | | |
| B – Personal Property | YES | 28 | $ 8,221,674.64 | | |
| C –  Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 8 | | $ 1,711,650.91 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 4 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 16 | | $ 2,755,576.27 | |
| G - Executory Contracts and Unexpired Leases | YES | 4 | | | |
| H - Codebtors | YES | 3 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $          0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $          0.00 |
| **TOTAL** | | 65 | $ 8,221,674.64 | $ 4,467,227.18 | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

# United States Bankruptcy Court
## Middle District of Florida

In re    Ridenhour Concrete & Supply, Inc.    Case No. _____

Debtor

Chapter    7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    N.A. |
| Student Loan Obligations (from Schedule F) | $    N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $    N.A. |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $    N.A. |
| TOTAL | $    N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $    N.A. |
| Average Expenses (from Schedule J, Line 18) | $    N.A. |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    N.A. |
| 4.  Total from Schedule F | | $    N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    N.A. |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

Ridenhour Concrete & Supply, Inc.

In re _____     Case No. _____

             **Debtor**                                                                  **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____     Signature: _____

                                                              Debtor

Date _____     Signature: _____

                                                            (Joint Debtor, if any)

                                  [If joint case, both spouses must sign.]

------------------------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

      I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____     _____
Printed or Typed Name and Title, if any,                   Social Security No.
of Bankruptcy Petition Preparer                    *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____     _____
    Signature of Bankruptcy Petition Preparer                            Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the ___President_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the Ridenhour Concrete & Supply, Inc. [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __67__ sheets *(total shown on summary page plus 1),*and that they are true and correct to the best of my knowledge, information, and belief.

Date _____November 4, 2011_____     Signature: _____/s/ Ricky J. Ridenhour_____

                                                              RICKY J. RIDENHOUR

                                       [Print or type name of individual signing on behalf of debtor.]

        *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida

In Re  Ridenhour Concrete & Supply, Inc.                                    Case No. _____
                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|---|---|---|
| 2011 | 16,569,631.27 | business gross receipts through 9/30/11 |
| 2010 | 15,514,755.00 | business gross receipts |
| 2009 | 22,025,125.00 | business gross receipts |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

**2.  Income other than from employment or operation of business**

None

☒          State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                                    SOURCE

**3. Payments to creditors**

None

☒      *Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None

☐      *b. Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*)  any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative   repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| United Millage Plus PO Box 15153 Wilmington, DE 19886 | 8/13/11 - 10/11-11 | 19,009.31 | 384.78 |
| Capital One PO Box 71083 Charlotte, NC 28272 | 07/06/11 - 10/08/11 | 17,360.24 | 0.00 |
| Marriot Rewards PO Box 15153 Wilmington, DE 19886 | 05/04/11 - 10/08/11 | 45,822.12 | 144.02 |
| American Express PO Box 650448 Dallas, TX 75265 | 08/02/11 - 10/08/11 | 146,003.74 | 7,342.14 |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| American Express<br>PO Box 650448<br>Dallas, TX 75265 | 08/16/11 - 10/15/11 | 38,313.82 | 12,927.51 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265 | 08/13/11 - 10/11/11 | 110,612.29 | 2,069.13 |
| American Express<br>PO Box 650448<br>Dallas, TX 75265 | 08/03/11 - 10/08/11 | $47,362.33 | 29,565.50 |
| Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 | 08/13/11 - 10/15/11 | $1,574.62 | 524.27 |
| Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 | 07/12/11 - 09/13/11 | 1,407.50 | 45.99 |
| Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 | 08/13/11 - 10/15/11 | $7,596.65 | 1,989.30 |
| Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 | 08/12/11 - 10/15/11 | $587.72 | 0.00 |
| Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 | 08/13/11 - 10/15/11 | 1,421.00 | 700.25 |
| Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 | 07/12/11 - 10/15/11 | $1,927.36 | 750.77 |
| Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 | 08/13/11 - 10/15/11 | $2,586.77 | 2,046.51 |
| Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 | 08/13/11 - 10/15/11 | $20,945.75 | 8,410.89 |
| Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 | 07/12/11 - 8/29/11 | $2,183.60 | 0.00 |
| Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 | 07/12/11 - 08/29/11 | $1,646.44 | 0.00 |
| Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 | 08/13/11 - 10/15/11 | $8,429.10 | 375.86 |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 | 08/13/11 - 10/15/11 | $3,716.70 | 93.97 |
| Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 | 08/13/11 - 10/15/11 | $13,694.46 | 2,637.00 |
| Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 | 10/15/11 | $1,459.71 | -100.00 |
| Bank of America<br>PO Box 15796<br>Wilmington, DE 19886 | 08/13/11 - 10/15/11 | $3,556.59 | 235.43 |
| Wells Fargo<br>PO Box 6426<br>Carol Stream, IL 60197 | 07/12/11 - 10/15/11 | $3,339.78 | 4,336.39 |
| Home Depot Credit Services<br>PO Box 9055<br>Des Moines, IA 50368 | 07/28/11 - 10/5/11 | $15,213.57 | 6,898.20 |
| Lowe's Commercial Services<br>PO Box 530954<br>Atlanta, GA 30353 | 08/12/11 - 10/15/11 | $4,985.30 | 1,471.33 |
| SunTrust Bank<br>PO Box 79079<br>Baltimore, MD 21279 | 08/01/11 - 10/01/11 | $25,229.52 | 1,074,339.87 |
| Florida First Finance Corp.<br>1351 N. Gadsden St.<br>Tallahassee, FL 32303 | 08/01/11 - 10/01/11 | $17,207.91 | 853,799.20 |
| SunTrust Bank<br>PO Box 79079<br>Baltimore, MD 21279 | 08/19/11 - 10/19/11 | $8,066.64 | 292,590.73 |
| Key Equipment Finance<br>11030 Circle Pointe Rd., 2nd Flr<br>Westminster, CO | 07/07/11 - 09/13/11 | $14,771.58 | 132,116.03 |
| Key Equipment Finance<br>11030 Circle Pointe Rd., 2nd Flr<br>Westminster, CO | 07/07/11 - 09/13/11 | $25,669.95 | 147,892.66 |
| Coactiv Capital Partners, LLC<br>655 Business Ctr. Dr., Ste 250<br>Horsham, PA 19044 | 08/17/11 - 10/20/11 | $3,654.36 | 52,847.39 |
| Coactiv Capital Partners, LLC<br>655 Business Ctr. Dr., Ste 250<br>Horsham, PA 19044 | 08/17/11 - 10/20/11 | $5,488.44 | 54,884.24 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| GE Capital<br>PO Box 536447<br>Atlanta, GA 30353 | 08/25/11 - 10/20/11 | $2,118.30 | 4,589.95 |
| GE Capital<br>PO Box 536447<br>Atlanta, GA 30353 | 08/12/11 - 10/20/11 | $7,842.12 | 18,150.62 |
| GE Capital<br>PO Box 536447<br>Atlanta, GA 30353 | 08/27/11 - 10/03/11 | $8,278.80 | 165,576.19 |
| GE Capital<br>PO Box 536447<br>Atlanta, GA 30353 | 08/25/11 - 10/20/11 | $4,835.70 | 4,835.84 |
| SunTrust Bank<br>PO Box 305053<br>Nashville, TN 37230 | 08/17/11 - 10/13/11 | $2,782.50 | 47,149.10 |
| SunTrust Bank<br>PO Box 305053<br>Nashville, TN 37230 | 08/12/11 - 10/13/11 | $3,502.44 | 14,442.43 |
| Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | 07/21/11 - 10/03/11 | $2,449.35 | 9,361.81 |
| Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | 08/04/11 - 10/06/11 | $1,545.84 | 10,835.82 |
| Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | 08/05/11 - 10/03/11 | $1,727.85 | 8,358.88 |
| Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | 08/05/11 - 10/03/11 | $1,724.61 | 8,343.22 |
| Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | 08/05/11 - 10/03/11 | $2,803.14 | 36,145.81 |
| Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | 08/05/11 - 10/03/11 | $2,504.25 | 19,343.86 |
| Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | 08/05/11 - 10/03/11 | $1,590.24 | 13,143.89 |
| Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | 08/05/11 - 10/03/11 | $2,172.18 | 31,858.13 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Ford Credit PO Box 650575 Dallas, TX 75265 | 07/27/11 - 10/03/11 | $1,641.57 | 9,302.23 |
| Ford Credit PO Box 650575 Dallas, TX 75265 | 07/27/11 - 10/03/11 | $1,641.57 | 9,302.23 |
| Ford Credit PO Box 650575 Dallas, TX 75265 | 07/27/11 - 10/03/11 | $1,905.75 | 31,425.26 |
| Ford Credit PO Box 650575 Dallas, TX 75265 | 07/27/11 - 10/03/11 | $1,716.99 | 28,312.72 |
| Ford Credit PO Box 650575 Dallas, TX 75265 | 07/27/11 - 10/03/11 | $1,650.06 | 28,312.72 |
| Ford Credit PO Box 650575 Dallas, TX 75265 | 07/27/11 - 10/03/11 | $1,991.37 | 22,204.84 |
| Ford Credit PO Box 650575 Dallas, TX 75265 | 07/27/11 - 10/03/11 | $1,912.86 | 31,542.58 |
| Ford Credit PO Box 650575 Dallas, TX 75265 | 08/12/11 - 10/13/11 | $1,673.37 | 10,781.57 |
| Ford Credit PO Box 650575 Dallas, TX 75265 | 08/12/11 - 10/13/11 | $1,537.95 | 9,909.17 |
| Ford Credit PO Box 650575 Dallas, TX 75265 | 08/12/11 - 10/13/11 | $1,543.14 | 9,942.30 |
| Ford Credit PO Box 650575 Dallas, TX 75265 | 08/17/11 - 10/20/11 | $1,637.13 | 9,277.07 |
| Ford Credit PO Box 650575 Dallas, TX 75265 | 08/12/11 - 10/13/11 | $2,887.53 | 9,215.86 |
| Ford Credit PO Box 650575 Dallas, TX 75265 | 08/17/11 - 10/20/11 | $2,348.73 | 14,092.38 |
| Ford Credit PO Box 650575 Dallas, TX 75265 | 08/12/11 - 10/13/11 | $1,508.73 | 9,720.42 |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Ford Credit<br>PO Box 650575<br>Dallas, TX 75265 | 08/12/11 -10/13/11 | $1,832.81 | 11,815.36 |
| Commerce Bank<br>PO Box 441647<br>Kansas City, MO 64141 | 08/18/11 - 10/20/11 | $1,183.08 | 34,949.28 |
| US Bank<br>PO Box 790179<br>St. Louis, MO 63179 | 07/21/11 - 10/03/11 | $890.76 | 27,198.01 |
| Wells Fargo Financial<br>300 Tri-State International, #400<br>Lincolnshire, IL 60069 | 08/17/11 - 10/20/11 | $8,031.57 | 80,315.72 |
| TD Auto Finance<br>PO Box 9001888<br>6716 Grade Ln., Bldg 9, Ste. 910<br>Louisville, KY 40290-1888 | 08/18/11 - 10/20/11 | $6,047.22 | 9,912.97 |
| TD Auto Finance<br>PO Box 9001888<br>6716 Grade Ln., Bldg 9, Ste. 910<br>Louisville, KY 40290-1888 | 08/18/11 - 10/20/11 | $9,661.95 | 21,438.43 |
| Wells Fargo<br>PO Box 348750<br>Sacramento, CA 95834 | 08/09/11 - 10/11/11 | $1,404.62 | 171,988.54 |

None

☐

*c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Ricky Ridenhour<br>repayment of loan made 3/25/11<br><br>Relationship: 50% stockholder | 4/7/11 | $50,000.00 | |
| Ricky Ridenhour<br>repayment of loan made 6/28/11<br><br>Relationship: 50% stockholder | 7/6/11 | $160,000.00 | |
| Ricky Ridenhour<br>repayment of loan made 9/27/11<br><br>Relationship: 50% sttockholder | 10/3/11 | $160,000.00 | |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Brian Ridenhour<br>repayment of loan made 3/28/11<br><br>Relationship: officer | 4/7/11 | $75,000.00 | |
| Brian Ridenhour<br>repayment of loan made 6/29/11<br><br>Relationship: officer | 7/6/11 | $75,000.00 | |
| Haven Contracting<br>repayment of loan made 9/22/11<br><br>Relationship: Brian Ridenhour's Co. | 10/1/11 | $75,000.00 | |
| Courtney Rutherford<br>repayment of loan made 6/30/11<br><br>Relationship: Ricky Ridenhour's daughter | 7/6/11 | $6,000.00 | |

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a.   List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Oxford Place at Tampa Palms Condominium Assoc., Inc. v. Summit Contractors, Inc. et al. v. Ridenhour Concrete & Supply, Inc. Case #10-CA-009364-L | construction defects claim | In the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida | A settlement was tentatively reached at mediation and Ridenhour paid $8,000.00 (check #49424 on 10/4/2011) toward the settlement. These funds are being held in the Becker & Pollakoff Trust Account |
| Admirals Walk Condominium Assoc. v Ridenhour Concrete & Supply, Case #2009-CA-006494 NC | Construction Defects Claim | In the Circuit Court of the Twelfth Judicial Circuit, in and for Sarasota County, Florida | awaiting mediation |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| The Bordeaux Condominium Assoc. v. Summit Contractis, Inc. Case #09-CA-027435-O | Construction Defects Claim | In the Circuit Court of the Ninth Judicial Circuit, in and for Orange County, Florida | Settled in May, 2011 - insurance company for corporaton paid $25,000.00. |

None ☒    b.    Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☒    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and Receiverships**

None ☒    a.    Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ☐ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| See attached list of all gifts/charitable contributions made within the one-year preceding the filing of this case. | | | |

### 8. Losses

None ☐ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |
| Ford truck in auto accident | Ford Credit received $13,002.43 and debtor received $9,772.91 | 5/21/11 |

| | | | |
|---|---|---|---|
| March of Dimes | None | 2/21/2011 | Donation - $200.00 |
| Tampa Breakfast Sertoma Club | None | 3/21/2011 | $1,200.00 |
| Ocmulgee CASA | None | 4/7/2011 | $400.00 |
| Girls on the Run of Northeast Florida | None | 4/14/2011 | Donation $500.00 |
| Florida Division, Inc. | None | 4/21/2011 | $25.00 |
| Blue Crab Festival | None | 4/22/2011 | Donation - $300.00 |
| Be Active | None | 5/3/2011 | $7,000.00 |
| Matthew Crider | Employee | 6/3/2011 | $200.00 |
| Heather Bartley | Employee/Daughter | 7/22/2011 | $50.00 |
| Saddle Up | None | 8/23/2011 | $100.00 |
| First Coast High School | None | 9/19/2011 | Donation $500.00 |
| First Coast High School | None | 9/19/2011 | Donation $150.00 |
| Immanuel Williams | Employee | 9/20/2011 | Baby Shower Gift - $200.00 |
| J.A. Croson LLC Golf Classic | None | 10/11/2011 | Donation $125.00 |
| Carlos Barcenas | Employee | 10/12/2011 | Baby Shower Gift - $200.00 |
| Matthew Lanahan | Employee | 10/12/2011 | Wedding Shower Gift - $400.00 |

8. None
9. Robert Altman, P.A., 5256 Silver Lake Drive, Palatka, FL 32177 - $10,000.00, check # 49667 dated 10/27/11.
10. A. – None – B. – None
11. None
12. None
13. None
14. None
15. N/A

**9. Payments related to debt counseling or bankruptcy**

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including
☐    attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a
petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF<br>OTHER THAN DEBTOR | AMOUNT OF MONEY OR<br>DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|
| Robert Altman, Esquire<br>Robert Altman, P.A.<br>5256 Silver Lake Drive<br>Palatka, FL 32177 | 10/27/2011 | $10,000.00 attorney fee and $306.00<br>filing fee |
| Marks Gray, P.A.<br>1200 Riverplace Blvd. #800<br>Jacksonville, FL 32207 | 11/2010 - 10/2011 | $4,247.38 attorney fees |
| Tritt Henderson, Esq.<br>707 Peninsular Place<br>Jacksonville, FL 32204 | 11/2010 - 10/2011 | $27,774.13 attorney fees |

**10. Other transfers**

None    a.    List all other property, other than property transferred in the ordinary course of the business or financial
☐    affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY<br>TRANSFERRED AND<br>VALUE RECEIVED |
|---|---|---|
| Ricardo Rivera<br>Relationship: None | 09/16/2011 | 2001 Ford F250 SD $7,000.00 |
| Alejandro Nunez<br>Relationship: None | 03/05/2010 | 2001 Ford F250 SD $4,300.00 |
| Ron Alerich<br>Relationship: None | 03/2010 | 1999 Ford F250 |
| Scrap Metal Yard<br>Relationship: None | 2011 | On two occasions sold scrap metal<br>for approximately $800.00 each<br>sale. |
| Body shop<br><br>Relationship: None | | 2008 Ford F150 #6445 vehicle<br>totaled<br>in May, 2011 auto accident |
| Bob Thompson<br><br>Relationship: None | | Debtor no longer has the RV; given<br>back to the owners because a<br>supervisor staying in the RV<br>destroyed it and the RV could not<br>be moved back to Florida from<br>Tennessee |

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

None
☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.     (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| RCS Pumping, LLC | 2 pump trucks | 1133 Baisden Rd. Jacksonville, FL 32218 |

**15. Prior address of debtor**

None ☐

If the debtor has moved within the three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 2500 Monument Rd. Jacksonville, FL 32225 | | April 2010 |

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

c.     List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None
☒

a.     If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

Bankruptcy2011 © 1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-0280 - Adobe PDF

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None ☐    a.    List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| Don Smith, CPA<br>5300-1 Emerson St.<br>Jacksonville, FL 32207 | ongoing |

None ☐    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |
| Don Smith, CPA | 5300-1 Emerson St.<br>Jacksonville, FL 32207 | ongoing |
| Adam Tormollan, Treasurer | 1909 University Blvd. S. #205<br>Jacksonville, FL 32216 | ongoing |

None ☐    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |
| Adam Tormollan | 1909 University Blvd. S. #205<br>Jacksonville, FL 32216 |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

None    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom
☐       a financial statement was issued within the two years immediately preceding the commencement of this case by
       the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| Wells Fargo<br>225 Water Street, 2nd Floor<br>Jacksonville, FL 32202 | 07/27/2011 |
| SunTrust Bank<br>76 S. Laura St.<br>Jacksonville, FL 32202 | 07/27/11 |
| Cecil W. Powell & Company<br>219 N. Newnam St.<br>Jacksonville, FL 32202 | 07/27/2011 |

**20. Inventories**

None    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒       taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None    b.    List the name and address of the person having possession of the records of each of the two inventories
☒       reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF<br>INVENTORY RECORDS |
|---|---|

**21. Current Partners, Officers, Directors and Shareholders**

None    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None □    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Ricky Ridenhour<br>14058 Mt. Pleasant Rd.<br>Jacksonville, FL 32225 | President | 50% |
| Debra Ridenhour<br>14058 Mt. Pleasant Rd.<br>Jacksonville, FL 32225 | Assistant Vice President | 50% |
| Brian Ridenhour<br>14042 Mt. Pleasant Rd.<br>Jacksonville, FL 32225 | Vice President | |
| Heather Bartley<br>12646 Point Park Drive<br>Jacksonville, FL 32225 | Secretary | |
| Adam Tormollan<br>1909 University Blvd. S, #205<br>Jacksonville, FL 32216 | Treasurer | |

**22. Former partners, officers, directors and shareholders**

None ☒    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☒    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23. Withdrawals from a partnership or distribution by a corporation

None

☐      If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Ricky Ridenhour<br>14058 Mt. Pleasant Rd.<br>Jacksonville, FL 32225<br><br>Relationship: President and 50% stockholder | 01/03/2011 - 10/27/2011 | $469,274.16 ($282,972.27 went to expenses of the LLCs related to the Corporation).<br>$179,235.00 anual salary |
| Adam Tormollan<br>1909 University Blvd. S, #205<br>Jacksonville, FL 32216<br>Relationship: treasurer | | $82,557.57 annual salary |
| Heather Bartley<br>12646 Point Park Drive<br>Jacksonville, FL 32225<br>Relationship: secretary | | $32,301.92 annual salary + $3,750 per diem |
| Brian Ridenhour<br>14042 Mt. Pleasant Rd.<br>Jacksonville, FL 32225<br>Relationship: Vice-President | | $118,074.92 annual salary + $11,200 per diem |
| Debra Ridenhour<br>14058 Mt. Pleasant Rd.<br>Jacksonville, FL 32225<br>Relationship: Assistant Vice-President and 50% stockholder | | $21,340.80 annual salary |
| Courtney Rutherford<br>Relationship: owner's daughter | | $35,100.00 annual salary |
| Leona Johnson<br>Relationship: Ricky Ridenhour's mother | | $5,200.00 annual salary and $2,550 per diem |

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF

**24. Tax Consolidation Group**

None
☒

    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION         TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds**

None
☒

    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

NAME OF PENSION FUND         TAXPAYER IDENTIFICATION NUMBER (EIN)

\*   \*   \*   \*   \*   \*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   November 4, 2011        Signature   /s/ Ricky J. Ridenhour

RICKY J. RIDENHOUR,
President

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

<u>0</u> continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

Ridenhour Concrete & Supply, Inc.
1133 Baisden Rd.
Jacksonville, FL 32218

Admirals Walk Condominium Assoc.
5751 Soldier Circle
Sarasota, FL 34233

Admirals Walk Condominium Assoc.
c/o Salvatore G. Scro, Esq.
1680 Fruitville Rd., #102
Sarasota, FL 34236

Ambling Construction
348 Enterprise Drive
Valdosta, GA 31601

Ambling Construction
348 Enterprise Drive
Valdosta, GA 31601

Robert Altman
Robert Altman, P.A.
5256 Silver Lake Drive
Palatka, FL 32177

Ambling Construction
348 Enterprise Drive
Valdosta, GA 31601

Ambling Construction Co
348 Enterprise Drive
Valdosta, GA 31601

American Express
PO Box 650448
Dallas, TX 75265

American Express
PO Box 650448
Dallas, TX 75265

Office of U.S. Trustee
135 W. Central Blvd. #620
Orlando, FL 32801

American Express
PO Box 650448
Dallas, TX 75265

American Express
PO Box 650448
Dallas, TX 75265

Ansoni Torres
4941 East Way Dr.
Apopka, FL 32712

Bacar Construction
912 8th Ave. South
Nashville, TN 37203

Bacar Construction
912 8th Ave. South
Nashville, TN 37203

Bainbridge Construction, LLC
12765 W Forest Hills Blvd. #1307
Wellington, FL 33414

Bainbridge Construction, LLC
12765 W Forest Hills Blvd. #1307
Wellington, FL 33414

Balfour Beatty Construction, LLC
600 Galleria Pkwy, Ste. 1800
Atlanta, GA 30339

Balfour Beatty Construction, LLC
600 Galleria Pkwy, Ste. 1800
Atlanta, GA 30339

Balfour Beatty Construction, LLC
600 Galleria Pkwy, Ste. 1800
Atlanta, GA 30339

Bank of America
PO Box 15796
Wilmington, DE 19886

Bank of America
PO Box 15796
Wilmington, DE 19886

Bank of America
PO Box 15796
Wilmington, DE 19886

Bank of America
PO Box 15796
Wilmington, DE 19886

Bank of America
PO Box 15796
Wilmington, DE 19886

Bank of America
PO Box 15796
Wilmington, DE 19886

Bank of America
PO Box 15796
Wilmington, DE 19886

Bank of America
PO Box 15796
Wilmington, DE 19886

Bank of America
PO Box 15796
Wilmington, DE 19886

Bank of America
PO Box 15796
Wilmington, DE 19886

Bank of America
PO Box 15796
Wilmington, DE 19886

Bank of America
PO Box 15796
Wilmington, DE 19886

Bank of America
PO Box 15796
Wilmington, DE 19886

Bank of America
PO Box 15796
Wilmington, DE 19886

Bank of America
PO Box 15796
Wilmington, DE 19886

Bank of America
PO Box 15796
Wilmington, DE 19886

Bank of America
PO Box 15796
Wilmington, DE 19886

Bank of America
PO Box 15796
Wilmington, DE 19886

C.F. Evans Construction
125 Regional Pkwy, Ste. 200
Orangeburg, SC 29118

Camden Development
3 Greenway Plaza, Ste. 1300
Houston, TX 77046

Camden Development
3 Greenway Plaza, Ste. 1300
Houston, TX 77046

Camden Development
3 Greenway Plaza, Ste. 1300
Houston, TX 77046

Camden Development
3 Greenway Plaza, Ste. 1300
Houston, TX 77046

Campus Crest Construction
2100 Rexford Rd., Ste. 414
Charlotte, NC 28211

Campus Crest Construction
2100 Rexford Rd., Ste. 414
Charlotte, NC 28211

Capital One
PO Box 71083
Charlotte, NC 28272

Capstone Building Corp.
3415 Independence Dr.
Birmingham, AL 35209

Capstone Building Corp.
3415 Independence Dr.
Birmingham, AL 35209

Catamount Constructors, Inc.
10 Mansell Ct. East, Ste. 150
Roswell, GA 30076

Catamount Constructors, Inc.
10 Mansell Ct. East, Ste. 150
Roswell, GA 30076

CF Jordan Constructions
9639 Greenville Avenue
Dallas, TX 75243

CFE Construction Services
125 Regional Parkway, Ste. 200
Orangeburg, SC 29118

CFE Construction Services
125 Regional Parkway, Ste. 200
Orangeburg, SC 29118

Christopher T. Hill, Esq.
Hill, Rugh, Keller & Main, PL
390 N. Ornage Ave., Suite 1610
Orlando, FL 32801

Coactiv Capital Partners, LLC
655 Business Ctr. Dr., Ste 250
Horsham, PA 19044

Coactiv Capital Partners, LLC
655 Business Ctr. Dr., Ste 250
Horsham, PA 19044

Commerce Bank
PO Box 441647
Kansas City, MO 64141

Construction Enterprises, Inc.
325 Seabord Lane, Ste. 170
Franklin, TN 37067

Construction Enterprises, Inc.
325 Seabord Lane, Ste. 170
Franklin, TN 37067

CORE Construction Svcs. of FL
6320 Tower Lane
Sarasota, FL 34240

CORE Construction Svcs. of FL
6320 Tower Lane
Sarasota, FL 34240

Daniel Suarez
4941 East Way Dr.
Apopka, FL 32712

Debartolo Construction Svcs.
4401 West Kennedy Blvd. 3rd Floor
Tampa, FL 33602

Doster Construction Co. Inc.
2100 International Park Dr.
Birmingham, AL 35243

Doster Construction Co. Inc.
2100 International Park Dr.
Birmingham, AL 35243

Edward Card
4941 East Way Dr.
Apopka, FL 32712

Elledge, David
7801 Point Meadows Dr.
Jacksonville, FL 32250

Epoch Properties, Inc.
359 Carolina Ave., Ste. 200
Winter Park, FL 32789

Epoch Properties, Inc.
359 Carolina Ave., Ste. 200
Winter Park, FL 32789

FaverGray
3652 S. Third St., Ste. 200
Jacksonville Bch. FL 32250

FaverGray
3652 S. Third St., Ste. 200
Jacksonville Bch. FL 32250

FaverGray
3652 S. Third St., Ste. 200
Jacksonville Bch. FL 32250

FaverGray
3652 S. Third St., Ste. 200
Jacksonville Bch. FL 32250

First Florida
1533 Sunset Drive, Ste. 150
Miami, FL 33143

First Florida
1533 Sunset Drive, Ste. 150
Miami, FL 33143

First Florida
1534 Sunset Drive, Ste. 150
Miami, FL 33143

Florida First Finance Corp.
1351 N. Gadsden St.
Tallahassee, FL 32303

Flournoy Construction Co.
PO Box 6566
Columbua, GA 31917

Flournoy Construction Co.
PO Box 6566
Columbua, GA 31917

Ford Credit
PO Box 650575
Dallas, TX 75265

Ford Credit
PO Box 650575
Dallas, TX 75265

Ford Credit
PO Box 650575
Dallas, TX 75265

Ford Credit
PO Box 650575
Dallas, TX 75265

Ford Credit
PO Box 650575
Dallas, TX 75265

Ford Credit
PO Box 650575
Dallas, TX 75265

Ford Credit
PO Box 650575
Dallas, TX 75265

Ford Credit
PO Box 650575
Dallas, TX 75265

Ford Credit
PO Box 650575
Dallas, TX 75265

Ford Credit
PO Box 650575
Dallas, TX 75265

Ford Credit
PO Box 650575
Dallas, TX 75265

Ford Credit
PO Box 650575
Dallas, TX 75265

Ford Credit
PO Box 650575
Dallas, TX 75265

Ford Credit
PO Box 650575
Dallas, TX 75265

Ford Credit
PO Box 650575
Dallas, TX 75265

Ford Credit
PO Box 650575
Dallas, TX 75265

Ford Credit
PO Box 650575
Dallas, TX 75265

Ford Credit
PO Box 650575
Dallas, TX 75265

Ford Credit
PO Box 650575
Dallas, TX 75265

Ford Credit
PO Box 650575
Dallas, TX 75265

Ford Credit
PO Box 650575
Dallas, TX 75265

Ford Credit
PO Box 650575
Dallas, TX 75265

Ford Credit
PO Box 650575
Dallas, TX 75265

Ford Credit
PO Box 650575
Dallas, TX 75265

Ford Credit
PO Box 650575
Dallas, TX 75265

Ford Credit
PO Box 650575
Dallas, TX 75265

GE Capital
PO Box 536447
Atlanta, GA 30353

GE Capital
PO Box 536447
Atlanta, GA 30353

GE Capital
PO Box 536447
Atlanta, GA 30353

GE Capital
PO Box 536447
Atlanta, GA 30353

Home Depot Credit Services
PO Box 9055
Des Moines, IA 50368

Key Equipment Finance
11030 Circle Pointe Rd., 2nd Flr
Westminster, CO

Key Equipment Finance
11030 Circle Pointe Rd., 2nd Flr
Westminster, CO

Leonel Suarez
4941 East Way Dr.
Apopka, FL 32712

Lowe's Commercial Services
PO Box 530954
Atlanta, GA 30353

Marriot Rewards
PO Box 15153
Wilmington, DE 19886

McCrory Construction Co.
1280 Assembly St.
Columbia, SC 29202

McShane Construction Co
1943 S. College St., Ste. A
Auburn, AL 36832

McShane Construction Co
1943 S. College St., Ste. A
Auburn, AL 36832

Norsouth Construction Co.
329 Commercial Dr., Ste. 110
Savannah, GA 31406

Oxford Place at Tampa Palms Condominium
Assoc.
5125 Palm Springs Boulevard
Tampa, FL 33647

Oxford Place at Tampa Palms Condominium
Assoc.
c/o Becker & Poliakoff
Emerald Lake Corporate Park
3111 Stirling Rd.
Ft. Lauderdale, FL 33312-6525

Performance Construction
337 Cahaba River Park
Birmingham, AL 35243

Ricky Ridenhour
14058 Mt. Pleasant Rd.
Jacksonville, FL 32225

Ricky Ridenhour
14058 Mt. Pleasant Rd.
Jacksonville, FL 32225

Ricky Ridenhour
14058 Mt. Pleasant Rd.
Jacksonville, FL 32225

Ricky Ridenhour
14058 Mt. Pleasant Rd.
Jacksonville, FL 32225

Ricky Ridenhour
14058 Mt. Pleasant Rd.
Jacksonville, FL 32225

Ricky Ridenhour
14058 Mt. Pleasant Rd.
Jacksonville, FL 32225

Ricky Ridenhour
14058 Mt. Pleasant Rd.
Jacksonville, FL 32225

Ricky Ridenhour
14058 Mt. Pleasant Rd.
Jacksonville, FL 32225

Ricky Ridenhour
14058 Mt. Pleasant Rd.
Jacksonville, FL 32225

Ricky Ridenhour
14058 Mt. Pleasant Rd.
Jacksonville, FL 32225

Ricky Ridenhour
14058 Mt. Pleasant Rd.
Jacksonville, FL 32225

Ricky Ridenhour
14058 Mt. Pleasant Rd.
Jacksonville, FL 32225

Ricky Ridenhour
14058 Mt. Pleasant Rd.
Jacksonville, FL 32225

Ricky Ridenhour
14058 Mt. Pleasant Rd.
Jacksonville, FL 32225

Ricky Ridenhour
14058 Mt. Pleasant Rd.
Jacksonville, FL 32225

Ricky Ridenhour
14058 Mt. Pleasant Rd.
Jacksonville, FL 32225

Ricky Ridenhour
14058 Mt. Pleasant Rd.
Jacksonville, FL 32225

Ricky Ridenhour
14058 Mt. Pleasant Rd.
Jacksonville, FL 32225

Ricky Ridenhour
14058 Mt. Pleasant Rd.
Jacksonville, FL 32225

Roger B. Kennedy, Inc.
1105 Kensington Park Dr.
Altamonte Springs, FL 32714

Roger B. Kennedy, Inc.
1105 Kensington Park Dr.
Altamonte Springs, FL 32714

Soqerino Ramirez Antonio Leyva
4941 East Way Dr.
Apopka, FL 32712

Sterling Construction Corp.
3900 Edison Lakes Pkwy Ste. 201
Mishawaka, IN 46545

Sterling Construction Corp.
3900 Edison Lakes Pkwy Ste. 201
Mishawaka, IN 46545

Steven B. Lesser, Esq.
Becker & Poliakoff
3111 Stirling Rd.
Ft. Lauderdale, FL 33312

Summit Contracting Group, Inc.
6877 Phillips Industrial Blvd.
Jacksonville, FL 32256

Summit Contracting Group, Inc.
6877 Phillips Industrial Blvd.
Jacksonville, FL 32256

SunTrust Bank
PO Box 305053
Nashville, TN 37230

SunTrust Bank
PO Box 305053
Nashville, TN 37230

SunTrust Bank
PO Box 79079
Baltimore, MD 21279

SunTrust Bank
PO Box 79079
Baltimore, MD 21279

TD Auto Finance
PO Box 9001888
6716 Grade Ln., Bldg 9, Ste. 910
Louisville, KY 40290-1888

TD Auto Finance
PO Box 9001888
6716 Grade Ln., Bldg 9, Ste. 910
Louisville, KY 40290-1888

TDK Construction Co. Inc.
1610 S. Church St., Ste C.
Murfreesboro, TN 37130

TDK Construction Co. Inc.
1610 S. Church St., Ste C.
Murfreesboro, TN 37130

TDK Construction Co. Inc.
1610 S. Church St., Ste C.
Murfreesboro, TN 37130

United Millage Plus
PO Box 15153
Wilmington, DE 19886

US Bank
PO Box 790179
St. Louis, MO 63179

Vizor-Alderson, LLC
2107 W. 3rd Street
Bloomington, IN 47404

Walker & Company
931 Pennsylvania Ave.
Winter Park, FL 32789

Walker & Company
931 Pennsylvania Ave.
Winter Park, FL 32789

Wells Fargo
7711 Plantation Road
Roanoke, VA 24019-3224

Wells Fargo
PO Box 348750
Sacramento, CA 95834

Wells Fargo
PO Box 6426
Carol Stream, IL 60197

Wells Fargo Financial
300 Tri-State International, #400
Lincolnshire, IL 60069

Winter Park Construction
221 Circle Drive
Maitland, FL 32751

Winter Park Construction
221 Circle Drive
Maitland, FL 32751

Wolgast Corporation
4835 Towne Centre Rd., Ste. 203
Saginaw, MI 48604

Wolgast Corporation
4835 Towne Centre Rd., Ste. 203
Saginaw, MI 48604

Office of U.S. Trustee
135 W. Central Blvd. #620
Orlando, FL 32801

# United States Bankruptcy Court
## Middle District of Florida

In re  Ridenhour Concrete & Supply, Inc.

Case No. _____

Chapter _____ 7 _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ............................................................ $ ___10,000.00___

Prior to the filing of this statement I have received ........…………………………....... $ ___10,000.00___

Balance Due ..........................................…………………………………………........... $ _____0.00_____

2.   The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.   ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [Other provisions as needed]

I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.  However, I may hire counsel to appear on behalf of the debtor(s) at the 341 meeting.  Outside counsel will be paid $75.00 for attendance on behalf of the debtors.  While outside counsel will be paid by me directly, they will be instructed that they are to represent the interest of the debtors and that the funds paid to them were paid by me but on behalf of the debtor(s) and for the interest of the debtor(s).

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

The fee does not cover the costs and fees of litigation.  To the extent an adversary proceeding or contested matter is necessary, debtors will be charged $300.00 per hour for all legal work performed.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

___November 4, 2011___
*Date*

/s/ Robert Altman
*Signature of Attorney*

Robert Altman, P.A.
*Name of law firm*

Bankruptcy2011 ©1991-2011, New Hope Software, Inc., ver. 4.6.4-764 - 30248-301X-02810 - Adobe PDF